elements of his claim. Like the examples set forth in *Spruill*, this was a determination on the merits, not a jurisdictional ruling. *Spruill*, 978 F.2d at 687. With regard to the AJ's determination that five of the submitted documents did not contain protected disclosures, the AJ should have denied corrective action, rather than dismissing Barton's claim. Because this was, in part, a determination on the merits, the agency is the proper respondent.

Accordingly,

IT IS ORDERED THAT:

(1) The Board's motion to reform the caption is denied.

(2) Barton's brief is due within 30 days.

**Edward L. HARRIS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 92–3357.

United States Court of Appeals, Federal Circuit.

Feb. 9, 1993.

Edward L. Harris, pro se.

Stuart M. Gerson, Asst. Atty. Gen., David M. Cohen, Director and Terrence S. Hartman, Attorney, Commercial Litigation Branch, Dept. of Justice, Washington, DC, submitted for respondent. Of counsel were James Green, Acting Gen. Counsel and Barbara J. Matthews–Beck, Attorney, Office of Personnel Management, Washington, DC.

Before NIES, Chief Judge, LOURIE and CLEVENGER, Circuit Judges.

NIES, Chief Judge.

Edward L. Harris appeals the final decision of the Merit Systems Protection Board (MSPB or the Board), MSPB No. AT0831910870I–1, affirming on February 27, 1992, the determination of the Office of Personnel Management (OPM) that he elected to provide a survivor annuity for his spouse which election is irrevocable under the Civil Service Retirement System Spouse Equity Act. 53 M.S.P.R. 177. We affirm.

I.

Harris retired from federal service in May 1968. Although he was married at the time, he elected to receive a retirement annuity payable only during his lifetime. He and his first wife divorced in 1984. Harris married his second wife, Creola, on September 17, 1988, and subsequently notified OPM. After some correspondence not of record, OPM sent Harris an application form for electing a survivor annuity for his new spouse. The form, OPM RI 20–63, provides a means for applicants to declare their election of survivor annuity benefits, as well as to choose the amount of the

annuity and a method of paying any required deposit.

Harris signed and returned the election form on July 18, 1989, writing in the specific amount of $182 per month, which conformed with information on an attached notice. However, he did not designate on the form how he wished to pay the required deposit. Specifically, he failed to mark one of the three boxes providing available options: pay the deposit as a lump sum, deduct a portion of the deposit from his current annuity payments, or deduct a portion of the deposit beginning two years after his marriage date. Noting this omission, OPM requested that Harris choose a method of payment but, apparently, received no response.

OPM then advised Harris that it had approved his election of survivor annuity benefits, that he was required to deposit $1,534.20, and, if the deposit were not made, OPM would begin deducting 25 percent of his annuity on the second anniversary of his marriage until the amount was collected. Harris responded that he could not afford the deposit and that he wished to "stay the way I am." OPM informed Harris that because it had received a valid election of benefits for his spouse, he could not change or cancel his election under the Spouse Equity Act. Following further correspondence, OPM issued a reconsideration decision again denying Harris' request to cancel his election.

Harris subsequently filed an appeal with the Board. Following a telephonic hearing, the administrative judge (AJ) affirmed OPM's decision. The AJ rejected Harris' arguments that he was unaware of the deposit requirement when he sent in the form and that his election was invalid because he did not select a method of deposit. The full Board denied Harris' petition for review.

## II.

We review the Board's decision under 5 U.S.C. § 7703(c) (1988), affirming it unless it is found to be (1) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; (2) obtained without procedures required by law, rule or regulation having been followed; or (3) unsupported by substantial evidence. In his appeal, Harris contends only that his failure to select a deposit payment option on the application form prevented him from making an effective election of a survivor annuity. This issue causes us to consider the relationship between an election of survivor annuity benefits and the choice of a payment option.

Turning first to the statute itself, we note there is no provision mandating the choice of a deposit payment option as part of a valid election of survivor annuity benefits. The statute instead requires merely that a "signed writing" manifest an annuitant's election. 5 U.S.C. § 8339(j)(5)(C)(i) (1988). When considering elections of survivor annuity benefits, the Board has correctly recognized that "the statutory provision does not require annuitants to use any particular form." *Lemp v. Office of Personnel Management*, 26 M.S.P.R. 549, 551–52 (1985).

The one-page application form provided by OPM, RI 20–63, succinctly states: "I elect a reduced annuity to provide a survivor annuity for my spouse named above and I agree to pay any deposit required for the election." We have no difficulty concluding that, when Harris signed this form, he manifested an unmistakable intent to elect, and did elect, survivor annuity benefits for his new spouse, Creola.

Harris' failure to choose how he wished to pay the required deposit does not negate his election. The selection of a deposit payment scheme is not a condition precedent to election of survivor annuity benefits; these two choices are instead independent. Indeed, Harris could well have elected survivor annuity benefits through a letter, memorandum, or other signed writing that did not mention deposit payments at all. *See Lemp*, 26 M.S.P.R. at 529. The choice of a deposit payment scheme simply has no bearing upon whether a valid elec-

tion of survivor annuity benefits was made. We, therefore, conclude that OPM's determination that Harris made a valid election of survivor annuity benefits was in accordance with law, procedurally proper, and supported by substantial evidence. The decision of the Board is affirmed.

AFFIRMED.

# UNITED STATES COURT OF APPEALS

### First Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Carpio–Reyes v. U.S. | 92–1831 | 12/8/92 | AFFIRMED | D.P.R. |
| Chorney v. Eastland Bank | 92–1780, 92–1781, 92–1782 | 2/5/93 | APPEAL DISMISSED | D.R.I. |
| Gimenez v. Secretary of Health and Human Services | 92–1829 | 2/3/93 | AFFIRMED | D.P.R. |
| Grabler v. Roizman | 92–1349 | 2/5/93 | AFFIRMED IN PART AND REMANDED | D.Mass. |
| Maldero v. Secretary of Health and Human Services | 92–2095 | 2/4/93 | AFFIRMED | D.Mass. |
| Padilla Perez v. Secretary of Health & Human Services | 92–1701 | 2/2/93 | AFFIRMED | D.P.R. |
| Penaloza–Clemente v. Secretary of Health and Human Services | 92–1946 | 2/12/93 | AFFIRMED | D.P.R. |
| Porter v. Pelino | 92–1403 | 12/9/92 | AFFIRMED | D.Mass. |
| Rodriguez–Oquendo v. Secretary of Health and Human Services | 92–1414 | 2/4/93 | AFFIRMED | D.P.R. |
| U.S. v. Nazzaro | 92–1448 | 1/28/93 | AFFIRMED | D.Mass., 778 F.Supp. 1 |

# UNITED STATES COURT OF APPEALS

## Fourth Circuit

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Bethea v. Honsted | 92–6025 | 1/13/93 | AFFIRMED | E.D.Va. |
| Braswell Services Group Inc. v. U.S. | 92–1030 | 2/4/93 | AFFIRMED | D.S.C. |
| Brown v. U.S. Dist. Court, Middle Dist. of Florida, Jacksonville Div. | 92–6597 | 2/4/93 | AFFIRMED | S.D.W.Va. |
| Burnley v. Kennon | 91–6623 | 1/28/93 | AFFIRMED | E.D.Va. |
| Chicago Title Ins. Co. v. IMG Exeter Associates Ltd. Partnership | 92–1440 | 2/8/93 | AFFIRMED | E.D.Va. |
| Collins, In re; Pipers 3, Inc. v. Collins | 92–1472 | 2/3/93 | AFFIRMED . | W.D.Va. |
| DeLong v. Thompson | 92–4000 | 2/4/93 | AFFIRMED | E.D.Va., 790 F.Supp. 594 |
| F.D.I.C. v. Vienna Mortg. Corp. | 92–1091, 92–1092 | 2/5/93 | AFFIRMED | E.D.Va. |
| First Sav. Bank, FSB v. American Cas. Co. of Reading, Pennsylvania, Inc. | 92–1320 | 2/8/93 | AFFIRMED | D.S.C. |
| Guy v. Bedsole | 92–6793 | 1/29/93 | AFFIRMED | E.D.N.C. |
| Henry v. Ingram | 92–7047 | 2/8/93 | AFFIRMED | E.D.Va. |
| Henry v. Murray | 91–6684 | 2/3/93 | AFFIRMED IN PART, VACATED IN PART | E.D.Va. |
| J.B. Hunt Transport, Inc. v. Innis | 92–1273 | 1/26/93 | AFFIRMED | D.S.C. |
| Johnson v. Norfolk & Western Ry. Co. | 92–1719 | 1/28/93 | AFFIRMED | W.D.Va. |
| Miles v. White | 92–1915 | 2/5/93 | AFFIRMED | E.D.Va. |
| Miller v. Blankenship | 92–6606 | 2/1/93 | AFFIRMED | W.D.Va. |
| Morris v. Love | 92–6852 | 1/13/93 | DISMISSED | E.D.Va. |
| Phillips v. Honey Camp Coal Co. | 89–2017 | 2/5/93 | VACATED | Ben.Rev.Bd. |
| Reynolds v. Fairfax County School Bd. | 92–1066 | 1/27/93 | AFFIRMED | E.D.Va. |
| Sewell to Use of Maryland Cas. Ins. Co. v. Wrap–On Co., Inc. | 92–1720 | 1/29/93 | AFFIRMED | D.Md. |
| Shivers v. John H. Harland Co., Inc. | 91–1513 | 2/3/93 | AFFIRMED | D.S.C. |
| Smith v. Morgan Drive Away, Inc. | 91–2687 | 2/5/93 | AFFIRMED | D.S.C. |
| Stamper v. Wright | 93–4000 | 1/19/93 | AFFIRMED | E.D.Va. |
| Stewart v. Peffer | 92–1806 | 2/3/93 | REVERSED | N.D.W.Va. |
| Taylor v. Specialty Marketing, Inc. | 91–3053 | 2/2/93 | REVERSED | E.D.Va. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| 2020C West Street, Inc. v. Anne Arundel County of Maryland ................ | 92–1299 | 2/9/93 | AFFIRMED | D.Md. |
| U.S. v. Ahad ............... | 92–5237 | 2/8/93 | AFFIRMED | E.D.Va. |
| U.S. v. Baysdon ............ | 91–5172 | 2/5/93 | AFFIRMED | E.D.N.C.; Appealing after remand 935 F.2d 1287 |
| U.S. v. Belknap ............ | 92–5363 | 2/10/93 | AFFIRMED | N.D.W.Va. |
| U.S. v. Eatmon............. | 92–5550 | 1/29/93 | AFFIRMED | M.D.N.C. |
| U.S. v. Faruq .............. | 92–5340 | 2/8/93 | AFFIRMED | D.Md. |
| U.S. v. Garner ............. | 92–5069 | 2/4/93 | AFFIRMED | M.D.N.C. |
| U.S. v. Heiligh ............. | 92–5535 | 2/8/93 | AFFIRMED | W.D.N.C. |
| U.S. v. Jones............... | 92–5372 | 2/8/93 | AFFIRMED | E.D.Va. |
| U.S. v. Lanza–Chan ......... | 92–5239 | 2/3/93 | VACATED | E.D.N.C. |
| U.S. v. Luskin.............. | 91–6659, 92–6141, 92–6564 | 2/3/93 | AFFIRMED | D.Md. |
| U.S. v. Lynn ............... | 92–5467 | 1/25/93 | VACATED | E.D.Va. |
| U.S. v. McKinnon; U.S. v. Barnes ................... | 92–5177, 92–5178 | 2/1/93 | AFFIRMED | E.D.N.C. |
| U.S. v. Parrish ............. | 92–5027 | 2/4/93 | AFFIRMED | M.D.N.C. |
| U.S. v. Payne .............. | 92–5216 | 1/29/93 | DISMISSED | E.D.Va. |
| U.S. v. Runnells (Marika Lody); U.S. v. Runnells (William Robert) ......... | 91–5512, 91–5513, 91–5514 | 1/25/93 | AFFIRMED | E.D.Va. |
| U.S. v. Sampedro ........... | 92–5263 | 2/1/93 | AFFIRMED | D.Md.; Opinion after remand 940 F.2d 654 |
| U.S. v. Toolasprashad ....... | 62–6090 | 1/28/93 | AFFIRMED | E.D.N.C. |
| U.S. v. Twyman............. | 92–5284 | 2/10/93 | AFFIRMED | N.D.W.Va. |
| U.S. v. Wohlfarth ........... | 92–5146 | 1/26/93 | AFFIRMED | E.D.Va. |
| U.S. v. Wright ............. | 92–5527 | 1/29/93 | AFFIRMED | E.D.Va. |
| U.S. v. Yahyavi ............ | 92–5328 | 1/29/93 | AFFIRMED | D.Md. |
| Viers v. U.S. R.R. Retirement Bd. ...................... | 92–1325 | 2/11/93 | REVERSED | R.R. Retirement Bd. |

# UNITED STATES COURT OF APPEALS

## Fifth Circuit

---

## DENIALS OF REHEARING EN BANC

(Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 35)

Group 1—Denials where no member of the panel nor Judge in regular active service on the Court requested that the Court be polled on rehearing en banc.

Group 2—Denials after a poll requested by a member of the panel or a Circuit Judge in regular active service.

Group 3—Denials on the Court's own motion after a poll requested by a member of the panel or a Circuit Judge in regular active service.

| Title | Docket Number | Date of Denial | Citation of Panel Decision |
|---|---|---|---|
| GROUP 1 | | | |
| Hawkins v. Collins | 88–1995 | 1/27/93 | N.D.Tex., 980 F.2d 975 |
| McDermott, Inc. v. Clyde Iron | 91–2246 | 1/25/93 | S.D.Tex., 979 F.2d 1068 |
| Parker & Parsley Petroleum Co. v. Dresser Industries; BJ–Titan Services Co. v. Lancaster | 91–8194, 91–8460 | 1/25/93 | W.D.Tex., 972 F.2d 580 |
| U.S. v. Crow | 91–8556 | 2/5/93 | W.D.Tex., 981 F.2d 180 |
| Zapata Haynie Corp. v. Arthur | 91–4432 | 1/28/93 | W.D.La., 980 F.2d 287 |

# UNITED STATES COURT OF APPEALS

### Fifth Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

The following cases have been decided without formal opinion prepared for publication in the permanent law reports:

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| *U.S. v. Ischy | 92–2446 | 1/25/93 | AFFIRMED | S.D.Tex.; Appealing after remand 961 F.2d 214 |
| *Watkins v. Dept. of Interior | 92–3467 | 1/25/93 | AFFIRMED | E.D.La. |
| *Barton v. Collins | 92–4181 | 1/25/93 | AFFIRMED | E.D.Tex. |
| *Fidelity & Cas. v. Equitable | 92–4397 | 1/25/93 | DISMISSED | Ben.Rev.Bd. |
| *Fidelity & Cas. v. Aetna Cas. | 92–4444 | 1/25/93 | DISMISSED | Ben.Rev.Bd. |
| *Moore v. Patterson | 90–1883 | 1/26/93 | AFFIRMED | N.D.Miss. |
| *U.S. v. Addington | 91–1394 | 1/26/93 | AFFIRMED | N.D.Tex. |
| *Johnson v. Collins | 91–2267 | 1/26/93 | AFFIRMED | S.D.Tex. |
| *U.S. v. Scott | 91–3994 | 1/26/93 | AFFIRMED | E.D.La. |
| *Kelly v. Day | 91–4524 | 1/26/93 | AFFIRMED | W.D.La. |
| *Toussant v. U.S. Sect. of Health | 91–4713 | 1/26/93 | REVERSED | W.D.La. |
| *Jackson v. Bexar County Detention | 91–5783 | 1/26/93 | AFFIRMED IN PART | W.D.Tex. |
| *U.S. v. Halverson | 91–8361 | 1/26/93 | AFFIRMED | W.D.Tex. |
| *U.S. v. Oliver | 91–9577 | 1/26/93 | AFFIRMED | E.D.La. |
| Harris v. AT & T Information Sys. | 91–6065 | 1/27/93 | AFFIRMED | S.D.Tex. |
| *Jefferson v. Golden Corral Corp. | 91–7281 | 1/27/93 | AFFIRMED | S.D.Miss. |
| *U.S. v. Landon | 92–2025 | 1/27/93 | AFFIRMED | S.D.Tex. |
| *Shelton v. City of New Orleans | 92–3176 | 1/27/93 | AFFIRMED | E.D.La. |
| *Castro–Campos v. I.N.S. | 92–4755 | 1/27/93 | DISMISSED | I.N.S. |
| *Cook v. Intern'l Paper Co. | 92–7433 | 1/27/93 | VACATED | S.D.Miss. |
| *Universal Underwriters v. Long | 91–1692 | 1/28/93 | AFFIRMED | S.D.Miss. |
| Spartan Copper v. NCNB Texas Bank | 91–8519 | 1/28/93 | AFFIRMED | W.D.Tex. |
| *Collins v. Sullivan | 92–1500 | 1/28/93 | AFFIRMED | N.D.Tex. |
| *U.S. v. Whittaker | 92–2369 | 1/28/93 | AFFIRMED | S.D.Tex. |
| *BLS Joint v. Banc Home Sav. | 92–4512 | 1/28/93 | AFFIRMED | E.D.Tex. |

* Fed.R.App.P. 34(a); 5th Cir.R. 34.2.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| *U.S. v. Hale | 92–4687 | 1/28/93 | AFFIRMED | E.D.Tex. |
| *Oparah v. I.N.S. | 92–4807 | 1/28/93 | DISMISSED | I.N.S. |
| *Cline v. Longview, Tex. | 92–5078 | 1/28/93 | AFFIRMED | E.D.Tex. |
| *U.S. v. Plant | 92–7205 | 1/28/93 | AFFIRMED | N.D.Miss. |
| *McClain v. Aetna Cas. & Sur. | 92–7389 | 1/28/93 | AFFIRMED | N.D.Miss. |
| *U.S. v. Montoya | 92–8365 | 1/28/93 | AFFIRMED | W.D.Tex. |
| U.S. v. Rothwell | 91–1990 | 1/29/93 | AFFIRMED | N.D.Tex. |
| *Rich v. Hopper | 92–1653, 92–1824 | 1/29/93 | DISMISSED | N.D.Tex. |
| *U.S. v. Ramirez | 92–7287 | 1/29/93 | AFFIRMED | S.D.Tex. |
| *U.S. v. Chowdhury | 92–1533 | 2/2/93 | VACATED | N.D.Tex. |
| *U.S. v. Raby | 92–4634 | 2/2/93 | AFFIRMED | E.D.Tex. |
| *Fields v. Sullivan | 92–5578 | 2/2/93 | AFFIRMED | W.D.Tex. |
| *Smith v. Jolly | 92–7212 | 2/2/93 | AFFIRMED | N.D.Miss. |
| *Long v. Lynaugh | 92–8467 | 2/2/93 | AFFIRMED | W.D.Tex. |
| Ewing v. Heard | 88–2713 | 2/3/93 | REVERSED | S.D.Tex. |
| *U.S. v. Bailey | 92–1159 | 2/3/93 | AFFIRMED | N.D.Tex. |
| *Theriot v. Great Western Coca-Cola | 92–2393 | 2/3/93 | AFFIRMED | S.D.Tex. |
| *Lacoste v. Kramo Ltd. | 92–3459 | 2/3/93 | AFFIRMED | E.D.La. |
| *Nenghabi v. I.N.S. | 92–4479 | 2/3/93 | AFFIRMED | I.N.S. |
| *Plymouth v. Employers Re-insurance | 92–4734 | 2/3/93 | AFFIRMED | W.D.La. |
| *Int'l Broth. v. Quantum Chem. | 92–4993 | 2/3/93 | VACATED | E.D.Tex., 806 F.Supp. 131 |
| *King v. Stone | 92–7551 | 2/3/93 | AFFIRMED | S.D.Miss. |
| *U.S. v. Cox | 92–7588 | 2/3/93 | AFFIRMED | N.D.Miss. |
| *U.S. v. Gracia | 92–8127 | 2/3/93 | AFFIRMED | W.D.Tex. |
| *U.S. v. Rawls | 92–8403 | 2/3/93 | AFFIRMED | W.D.Tex. |
| *Crochet v. Lynn | 92–3363 | 2/4/93 | AFFIRMED | E.D.La. |
| *Baker v. Collins | 91–1195 | 2/5/93 | AFFIRMED | N.D.Tex. |
| *Martin v. Whitley | 91–3416 | 2/5/93 | AFFIRMED | E.D.La. |
| *Davlin v. Southern Standard Fitting | 91–3871 | 2/5/93 | AFFIRMED | E.D.La. |
| Odeco v. Cornish | 91–3978 | 2/5/93 | AFFIRMED | E.D.La. |
| *Bardowell v. Mutual of Omaha Ins. | 91–7092 | 2/5/93 | AFFIRMED | N.D.Tex. |
| Benefield v. Precision Screen | 91–7358 | 2/5/93 | AFFIRMED | N.D.Miss. |
| U.S. v. Flores | 91–8676 | 2/5/93 | AFFIRMED | W.D.Tex. |
| Hughes v. Owens–Corning Fiberglas | 91–9563 | 2/5/93 | AFFIRMED | E.D.La. |
| Thanksgiving Tower v. Anros Thanks. | 92–1209 | 2/5/93 | REVERSED | N.D.Tex. |
| †Casey v. NCNB | 92–1379 | 2/5/93 | AFFIRMED | N.D.Tex. |
| *U.S. v. Hird | 92–1487 | 2/5/93 | AFFIRMED | N.D.Tex. |
| First American Title v. Helms | 92–3046 | 2/5/93 | AFFIRMED | E.D.La. |

\* Fed.R.App.P. 34(a); 5th Cir.R. 34.2.

† Local Rule 47.6 case.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| *Resolution Trust v. Mayer | 92–3516 | 2/5/93 | AFFIRMED | E.D.La. |
| †Hannie v. New England Ins. | 92–3520 | 2/5/93 | AFFIRMED | M.D.La. |
| City of New Orleans v. W.R. Grace & Co–Conn. | 92–3522 | 2/5/93 | AFFIRMED | E.D.La. |
| *U.S. v. Mavor | 92–3693 | 2/5/93 | AFFIRMED | E.D.La. |
| *Billiot v. National Tea Co. | 92–3694 | 2/5/93 | AFFIRMED | E.D.La. |
| *Miller v. Wal–Mart Stores | 92–3753 | 2/5/93 | AFFIRMED | M.D.La. |
| *Migues v. Sullivan | 92–4448 | 2/5/93 | AFFIRMED | W.D.La. |

* Fed.R.App.P. 34(a); 5th Cir.R. 34.2.

† Local Rule 47.6 case.

# UNITED STATES COURT OF APPEALS

## Sixth Circuit

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Badawi v. I.N.S. | 92-3243 | 1/13/93 | AFFIRMED | B.I.A. |
| Bolen v. E.I. Du Pont de Nemours, & Co. | 92-1233 | 1/29/93 | AFFIRMED | E.D.Mich., 973 F.Supp. 140 |
| Branham v. Seabold | 92-6006 | 1/25/93 | AFFIRMED | E.D.Ky. |
| Brown v. Withrow | 92-1765 | 1/22/93 | AFFIRMED | W.D.Mich. |
| Bryant v. Harris | 92-3189 | 2/2/93 | AFFIRMED | S.D.Ohio |
| Buchanan v. Defew | 92-5720 | 1/22/93 | AFFIRMED | E.D.Ky. |
| Castle v. U.S. | 92-2197 | 1/22/93 | AFFIRMED | E.D. Mich. |
| Castorina v. U.S. | 92-5774 | 2/2/93 | REMANDED | E.D.Tenn. |
| Caudill v. Secretary of Health and Human Services | 92-3525 | 2/1/93 | AFFIRMED | N.D.Ohio |
| Chandler v. Cook | 92-6064 | 1/25/93 | APPEAL DISMISSED | E.D.Ky. |
| Chapman v. Brown | 92-1896 | 2/1/93 | AFFIRMED | W.D.Mich. |
| Chapman v. McGinnis | 92-1895 | 2/1/93 | AFFIRMED | W.D.Mich. |
| Chapman v. U.S. | 92-6096 | 2/4/93 | AFFIRMED | W.D.Tenn. |
| Christians v. Greer | 92-5767 | 1/25/93 | AFFIRMED | M.D.Tenn. |
| Coleman v. Wirtz | 92-3194 | 1/13/93 | AFFIRMED | N.D.Ohio, 745 F.Supp. 434 |
| Culver v. Sullivan | 92-3450 | 1/28/93 | AFFIRMED | S.D.Ohio |
| Cummins v. U.S. | 92-1734 | 2/2/93 | AFFIRMED | W.D.Mich. |
| Daniels v. Communications Workers of America, Local 4015 | 92-1746 | 1/28/93 | AFFIRMED | E.D.Mich. |
| Daniels v. Michigan Bell Telephone Co. | 92-1747 | 1/28/93 | AFFIRMED | E.D.Mich. |
| Davis-Bey v. Forstrom | 92-1938 | 2/2/93 | AFFIRMED | W.D.Mich. |
| Drumright v. Sullivan | 92-5321 | 2/1/93 | AFFIRMED | M.D.Tenn. |
| Earley v. U.S. | 92-5891 | 2/4/93 | AFFIRMED | E.D.Ky. |
| Edwards v. Miller | 92-3427 | 2/1/93 | AFFIRMED | N.D.Ohio |
| Electrical Workers' Pension Trust Fund of Local Union No. 58, IBEW v. Van Vliet | 92-1217 | 2/2/93 | VACATED | E.D.Mich. |
| Ellis v. Miller | 92-1795, 92-1940 | 2/2/93 | AFFIRMED | E.D.Mich. |
| Fields v. Secretary of Health and Human Services | 92-1334 | 1/29/93 | AFFIRMED | E.D.Mich. |
| Fisher v. Conrad | 92-5297 | 1/29/93 | AFFIRMED | E.D.Tenn. |
| Frederick v. State of Tenn... | 92-5514 | 1/22/93 | AFFIRMED | E.D.Tenn. |
| Freshour v. Radcliff | 92-3836 | 1/25/93 | AFFIRMED | S.D.Ohio |
| Gamler v. Bulford | 92-3451 | 1/25/93 | AFFIRMED | N.D.Ohio |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Grant v. Morris | 92–3239 | 2/1/93 | AFFIRMED | N.D.Ohio |
| Guerrero v. White | 92–5372 | 2/1/93 | AFFIRMED | M.D.Tenn. |
| Haff v. U.S. | 92–3648 | 2/2/93 | AFFIRMED | N.D.Ohio |
| Hallum v. Tennessee Valley Authority | 92–5953 | 1/28/93 | AFFIRMED | M.D.Tenn. |
| Harris v. Borgert | 91–2216 | 1/27/93 | AFFIRMED | E.D.Mich. |
| Hartman & Tyner, Inc. v. Charter Tp. of West Bloomfield | 92–1335 | 1/22/93 | AFFIRMED | E.D.Mich. |
| Hazra v. National Rx Services, Inc. | 92–3770 | 1/25/93 | AFFIRMED | S.D.Ohio |
| Hengesback v. Green River Regional Mental Health/Mental Retardation Bd., Inc. | 92–5555 | 1/28/93 | AFFIRMED | W.D.Ky., 753 F.Supp. 216 |
| Herman v. Taylor | 92–6062 | 1/28/93 | AFFIRMED | W.D.Ky. |
| Huart v. Fifth Third Bank of Toledo, N.A. | 92–3486 | 2/2/93 | AFFIRMED | N.D.Ohio |
| Hub v. Citicorp Credit Services, Inc. | 92–5972 | 1/22/93 | AFFIRMED | E.D.Ky. |
| Hudgins v. U.S. | 91–2108 | 1/28/93 | AFFIRMED | E.D.Mich. |
| Ighodaro v. U.S. | 92–6134 | 2/4/93 | AFFIRMED | N.D.Tenn. |
| James v. City of Livonia | 92–1928 | 2/1/93 | AFFIRMED | E.D.Mich. |
| J.L. McCoy, Inc. v. Wandling; Wandling v. McCoy | 92–3006 | 2/4/93 | AFFIRMED | S.D.Ohio |
| Johnson v. Secretary of Health and Human Services | 92–1803 | 2/1/93 | AFFIRMED | W.D.Mich. |
| Johnson v. U.S. | 92–1640 | 1/27/93 | AFFIRMED | E.D.Mich. |
| Jones v. Calkins | 92–1828 | 1/29/93 | AFFIRMED | W.D.Mich. |
| Jones v. Pillsbury Co. | 92–3327 | 2/1/93 | AFFIRMED | S.D.Ohio |
| Lemmon v. State of Ohio | 92–3284 | 1/22/93 | AFFIRMED | N.D.Ohio |
| Lynch v. Bryant | 91–5667, 91–5683, 91–6054 | 1/28/93 | AFFIRMED | M.D.Tenn. |
| Manning v. Jabe | 92–1424 | 1/26/93 | AFFIRMED | E.D.Mich. |
| Marcilis v. Bertucci | 92–1176 | 2/1/93 | REVERSED | W.D.Mich. |
| Martin v. General Dynamics Land Systems, Inc. | 91–4052, 91–4054 | 1/26/93 | AFFIRMED | OSHRC |
| Mayberry v. Clement | 92–1571 | 1/28/93 | AFFIRMED | E.D.Mich. |
| Meadows v. Griffith | 92–3373 | 1/25/93 | AFFIRMED | S.D.Ohio |
| Miller v. Toombs | 92–1960 | 1/22/93 | AFFIRMED | W.D.Mich. |
| Miller v. U.S. Bureau of Prisons | 92–5989 | 1/28/93 | AFFIRMED | E.D.Ky. |
| Myers v. Federal Judges | 92–5999 | 1/25/93 | VACATED | E.D.Tenn. |
| N.L.R.B. v. International Door, Inc. | 92–5180 | 1/13/93 | ORDER ENFORCED | N.L.R.B. |
| N.L.R.B. v. New Center Hosp. | 92–6544 | 1/29/93 | ORDER ENFORCED | N.L.R.B. |
| N.L.R.B. v. Normandie on the Park, Inc. | 92–6459 | 1/29/93 | ORDER ENFORCED | N.L.R.B. |

DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Northern Kentucky Welfare Rights Ass'n v. Jones | 92–5634 | 1/19/93 | AFFIRMED | E.D.Ky. |
| Ocampo–Bedoya v. U.S. | 92–1908 | 1/28/93 | AFFIRMED | E.D.Mich. |
| Phillips v. U.S. | 92–3858 | 2/2/93 | AFFIRMED | S.D.Ohio |
| Populis by Populis v. Union Underwear Co., Inc. | 92–1202 | 1/13/93 | REVERSED | E.D.Mich. |
| Porzondek v. Secretary of Health and Human Services | 92–1333 | 1/22/93 | VACATED | E.D.Mich. |
| Prudential Ins. Co. of America v. Baxter, Hodell, Donnelly, Preston | 91–4059 | 1/26/93 | AFFIRMED | S.D.Ohio |
| Raheem v. Lecureux | 92–1561 | 2/2/92 | AFFIRMED | W.D.Mich. |
| Rembert v. Baker | 92–3749 | 2/2/93 | AFFIRMED | N.D.Ohio |
| Renfro v. Bogan | 92–1965, 92–2028 | 2/1/93 | AFFIRMED | E.D.Mich. |
| Rios v. Honsted | 92–1872 | 2/1/93 | AFFIRMED | E.D.Mich. |
| Royal Food Products, Inc. v. Buckeye Union Ins. Co. | 92–3201 | 1/13/93 | AFFIRMED | S.D.Ohio |
| Saeed v. Secretary of Health and Human Services | 92–1698 | 1/22/93 | VACATED | E.D.Mich. |
| Sawyers v. U.S. | 92–5719 | 1/28/93 | AFFIRMED | W.D.Ky. |
| Scherzer v. Secretary of Health and Human Services | 92–1607 | 1/29/93 | AFFIRMED | E.D.Mich. |
| Seals v. Edwards | 91–2215 | 1/13/93 | AFFIRMED | E.D.Mich. |
| Sholes, In re; Sholes v. Sholes | 92–5610 | 1/25/93 | AFFIRMED | E.D.Tenn. |
| Slappey v. Withrow | 92–1260 | 2/1/93 | AFFIRMED | E.D.Mich. |
| Staffney v. Robledo | 92–2020 | 2/1/93 | AFFIRMED | W.D.Mich. |
| Stewart v. Stover | 92–5341 | 1/25/93 | AFFIRMED | W.D.Tenn. |
| Stickler v. Secretary of Health and Human Services | 92–1440 | 1/19/93 | AFFIRMED | E.D.Mich. |
| Stillings v. Franklin Township Bd. of Trustees | 92–3054 | 2/4/93 | AFFIRMED | N.D.Ohio |
| Stockenauer v. Deleeuw | 92–1600 | 1/22/93 | AFFIRMED IN PART, VACATED IN PART | E.D.Mich. |
| Studer v. Brooks | 92–3421 | 1/25/93 | AFFIRMED | S.D.Ohio |
| Sullivan v. Elo | 92–1730 | 2/2/93 | AFFIRMED | E.D.Mich. |
| Tennessee Pipe Fabricators, Inc., In re; Blaine–Hays Const. Co. v. Lively | 92–5507 | 1/13/93 | AFFIRMED | E.D.Tenn. |
| Thrower v. Beacon Journal Pub. Co. | 92–3552 | 1/25/93 | AFFIRMED | N.D.Ohio |
| Thrower v. Ohio Bar Ass'n | 92–3577 | 1/25/93 | AFFIRMED | N.D.Ohio |
| U.S. v. Abou–Jamra | 92–1685 | 2/1/93 | AFFIRMED | E.D.Mich. |
| U.S. v. Adams | 92–3408 | 1/25/93 | AFFIRMED | S.D.Ohio |
| U.S. v. A 1985 Cadillac Fleetwood, VIN No. 1G6CB6989F4299723 | 91–3388 | 9/12/91 | APPEAL DISMISSED | N.D.Ohio |
| U.S. v. Atkins | 92–3584 | 1/29/93 | AFFIRMED | S.D.Ohio |
| U.S. v. Blue | 92–3293 | 1/25/93 | AFFIRMED | S.D.Ohio |
| U.S. v. Bunch | 91–6399 | 1/13/93 | AFFIRMED | W.D.Ky. |
| U.S. v. Crain | 92–1046 | 1/26/93 | AFFIRMED | E.D.Mich. |
| U.S. v. Eddings | 92–5442 | 1/26/93 | AFFIRMED | W.D.Tenn. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Ingram | 92–5367 | 1/13/93 | AFFIRMED | E.D.Tenn. |
| U.S. v. Jennings | 91–5942 | 1/13/93 | AFFIRMED | E.D.Ky. |
| U.S. v. Jones | 92–5272, 92–5273 | 1/19/93 | AFFIRMED | W.D.Tenn. |
| U.S. v. Langh | 92–1240 | 2/1/93 | AFFIRMED | E.D.Mich. |
| U.S. v. Leffler | 92–1898 | 1/25/93 | AFFIRMED | E.D.Mich. |
| U.S. v. Liggins | 92–5604 | 1/28/93 | AFFIRMED | W.D.Tenn. |
| U.S. v. Louw | 92–6487 | 1/29/93 | AFFIRMED | M.D.Tenn. |
| U.S. v. Medvecky | 91–1029 | 1/22/93 | AFFIRMED | E.D.Mich. |
| U.S. v. Murphy | 90–6400 | 1/26/93 | AFFIRMED IN PART, REVERSED IN PART AND VACATED IN PART | E.D.Ky.; Rehearing of 951 F.2d 350 |
| U.S. v. Nweke | 92–5685 | 2/2/93 | AFFIRMED | E.D.Tenn. |
| U.S. v. Okeezie | 92–1583 | 1/29/93 | AFFIRMED | E.D.Mich. |
| U.S. v. Rizzo | 92–1764 | 1/13/93 | AFFIRMED | E.D.Mich. |
| U.S. v. Scales | 92–5135 | 1/28/93 | AFFIRMED | W.D.Tenn. |
| U.S. v. Spivey | 92–1962 | 2/2/93 | AFFIRMED | E.D.Mich. |
| U.S. v. Starks | 92–3556 | 1/26/93 | AFFIRMED | S.D.Ohio |
| U.S. v. Walden | 92–5625 | 1/28/93 | AFFIRMED | M.D.Tenn. |
| U.S. v. Ward | 92–3152 | 1/27/93 | AFFIRMED | S.D.Ohio |
| U.S. v. White | 92–5167, 92–5168, 92–5170 | 1/29/93 | AFFIRMED | W.D.Tenn. |
| U.S. v. Young | 92–5502 | 1/29/93 | AFFIRMED | E.D.Tenn. |
| U.S. v. Zack | 91–2150, 92–1008 | 1/19/93 | AFFIRMED | E.D.Mich. |
| Webb v. Stewart | 92–5977 | 2/2/93 | AFFIRMED | W.D.Ky. |
| Wehner v. Lewis | 92–5793 | 2/2/93 | AFFIRMED | E.D.Ky. |
| Whitley v. U.S. | 92–1881 | 1/29/93 | AFFIRMED | E.D.Mich. |
| Worley v. Lewis | 92–6050 | 1/28/93 | VACATED | E.D.Ky. |

# UNITED STATES COURT OF APPEALS

## Seventh Circuit

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Amax, Inc. v. Dresser Industries, Inc. | 92–2230 | 2/4/93 | AFFIRMED | S.D.Ind. |
| Boone v. Bond | 91–3444 | 2/5/93 | AFFIRMED | S.D.Ill. |
| Bryant v. U.S. Marshal Service | 91–3818 | 2/9/93 | REMANDED | W.D.Wis. |
| Cain v. Lane | 91–3336 | 1/11/93 | AFFIRMED | C.D.Ill. |
| Chada v. Olympia | 91–3686 | 2/5/93 | AFFIRMED | E.D.Wis., 929 F.2d 703; Appealing after remand |
| Dellenbach v. Richards | 92–2093 | 1/29/92 | AFFIRMED | N.D.Ind. |
| Frederick v. Murphy | 91–3699 | 1/12/93 | AFFIRMED | W.D.Wis. |
| Hamm v. Frank | 92–1005 | 2/1/93 | REVERSED | C.D.Ill. |
| Jeffers v. Clark | 91–3256 | 2/2/93 | AFFIRMED | N.D.Ind. |
| Kavouras v. Fernandez | 92–1291 | 2/5/93 | AFFIRMED | W.D.Wis. |
| Kotsilieris v. Chalmers | 91–3919 | 2/10/93 | AFFIRMED | N.D.Ill. |
| Parrish v. Patel; Lacey, Appeal of | 92–1197 | 2/3/93 | REVERSED | S.D.Ill. |
| Pirovolos v. U.S. | 91–1628 | 1/26/93 | AFFIRMED | N.D.Ill. |
| Polychron v. Airgo, Inc. | 91–2835 | 2/2/93 | VACATED AND REMANDED | S.D.Ill. |
| Rodriguez v. Gramley | 91–2764 | 2/10/93 | AFFIRMED | N.D.Ill. |
| Seidler v. McGinnis | 91–2377 | 1/29/93 | AFFIRMED | C.D.Ill. |
| Thomas v. Carpenter | 89–3131 | 1/12/93 | AFFIRMED | N.D.Ind. |
| U.S. v. Duncan | 91–3358 | 2/5/93 | AFFIRMED | N.D.Ill. |
| U.S. v. Holt | 92–1047 | 1/22/93 | AFFIRMED | C.D.Ill. |
| U.S. v. LeBeau | 92–2724 | 1/28/93 | AFFIRMED | E.D.Wis., 786 F.Supp. 761 |
| U.S. v. Martinez–Ferreras | 92–1320 | 2/2/93 | APPEAL DISMISSED | N.D.Ill. |
| U.S. v. Price | 92–2217 | 1/7/93 | VACATED | E.D.Wis. |
| U.S. v. Watts | 92–2067 | 1/12/93 | AFFIRMED | S.D.Ill. |
| U.S. ex rel. Varellas v. Greer | 90–2775 | 1/29/93 | AFFIRMED | N.D.Ill. |
| Waksmundzki v. Shalala | 92–2285 | 2/3/93 | AFFIRMED | N.D.Ill. |

# UNITED STATES COURT OF APPEALS

## Eighth Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

The following cases have been decided without published opinion, pursuant to the "Plan of Publication of Opinions" adopted by the Judicial Council of the Eighth Circuit on January 11, 1973, and effective that date:

| Title | Case Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Smotherson v. Engeleiter .... | 90–2733 | 7/3/91 | AFFIRMED | E.D.Mo. |
| Slider v. Guzy ............. | 90–2891 | 7/5/91 | AFFIRMED | E.D.Mo. |
| Action Carrier Inc. v. U.S. Fire Ins. Co. .................. | 90–5575 | 7/9/91 | REMANDED | D.S.D. |
| White v. Caterpillar Inc. .... | 91–2491 | 7/23/91 | AFFIRMED | W.D.Mo., 765 F.Supp. 1418 |
| U.S. v. Vastelica ............ | 91–2810 | 8/22/91 | DISMISSED | E.D.Ark. |
| Gaines v. Nelson ........... | 91–1082 | 9/4/91 | DISMISSED | W.D.Mo., 121 B.R. 1015 |
| McHarg v. U.S. ............. | 91–2594 | 9/9/91 | DISMISSED | E.D.Ark. |
| McHarg v. U.S. ............. | 91–2600 | 9/9/91 | DISMISSED | E.D.Ark. |
| U.S. v. Lewis............... | 91–2738 | 9/18/91 | AFFIRMED | E.D.Mo., 767 F.Supp. 1008 |
| In re Simone ............... | 91–2819 | 9/18/91 | AFFIRMED | W.D.Mo. |
| Tyler v. U.S. ............... | 91–2777 | 9/20/91 | AFFIRMED | D.S.D. |
| Caleshu v. Merrill Lynch, Pierce, Fenner & Smith, Inc. ...................... | 90–1745 | 10/1/91 | AFFIRMED | E.D.Mo., 737 F.Supp. 1070 |
| U.S. v. Moore .............. | 90–3025 | 10/1/91 | AFFIRMED | W.D.Mo. |
| Rodrigues v. Becker......... | 91–2303 | 10/1/91 | AFFIRMED | D.N.D. |
| Alexander v. City of St. Peters | 90–2506 | 10/2/91 | AFFIRMED | E.D.Mo. |
| Royal Indemnity v. Great West ...................... | 90–5584 | 10/2/91 | AFFIRMED | D.Minn. |
| Schmalfeld v. U.S. Parole Com'n ................... | 91–1659 | 10/2/91 | AFFIRMED | D.S.D. |
| Williams v. Lockhart ........ | 90–2939 | 10/3/91 | AFFIRMED | E.D.Ark. |
| U.S. v. McBane ............. | 91–1532 | 10/4/91 | AFFIRMED | E.D.Ark. |
| U.S. v. Ivy ................. | 91–1565 | 10/4/91 | AFFIRMED | W.D.Mo. |
| Johnson v. Johnson ......... | 91–1942 | 10/4/91 | DISMISSED | E.D.Mo. |
| United Missionary v. C.I.R... | 91–1340 | 10/7/91 | AFFIRMED | U.S.T.C. |
| U.S. v. Robinson ........... | 91–1379 | 10/7/91 | AFFIRMED | E.D.Mo. |
| Houghton v. Dept. of Justice | 91–1625 | 10/7/91 | DISMISSED | E.D.Mo. |
| Murphy v. Scott............. | 91–1626 | 10/7/91 | AFFIRMED | E.D.Mo. |
| MPLLC v. Erickson ......... | 91–1670 | 10/7/91 | AFFIRMED | D.Minn. |
| Omuso v. U.S. .............. | 91–1757 | 10/7/91 | AFFIRMED | W.D.Mo. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Case Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Stocks | 91–1529 | 10/8/91 | AFFIRMED | N.D.Iowa |
| Fletcher v. MO Bd. of Probation | 91–3093 | 10/8/91 | DISMISSED | W.D.Mo. |
| Sheffey v. State of Iowa | 91–1583 | 10/10/91 | AFFIRMED | S.D.Iowa |
| U.S. v. Bakke | 90–5462 | 10/11/91 | AFFIRMED | D.N.D. |
| Holbird v. Washington | 91–1699 | 10/11/91 | AFFIRMED | E.D.Ark. |
| U.S. v. Picone | 91–1858 | 10/11/91 | AFFIRMED | W.D.Mo. |
| Risdal v. Kasan | 91–2269 | 10/11/91 | AFFIRMED | S.D.Iowa |
| Sivils v. Lockhart | 90–2325 | 10/16/91 | AFFIRMED | E.D.Ark. |
| Farmers & Merchants v. Mid–Century Ins. Co. | 90–3076 | 10/16/91 | AFFIRMED | E.D.Mo., 752 F.Supp. 890 |
| Cage v. Sullivan | 91–1106 | 10/16/91 | AFFIRMED | E.D.Mo. |
| Morrow v. C.I.R. | 91–1570 | 10/16/91 | AFFIRMED | E.D.Ark. |
| F.D.I.C. v. Alexander | 91–1710 | 10/16/91 | AFFIRMED | D.Minn. |
| U.S. v. Rubino | 91–1771 | 10/16/91 | AFFIRMED | N.D.Iowa |
| Anderson v. U.S. Parole Com'n | 91–1598 | 10/17/91 | DISMISSED | D.Minn. |
| U.S. v. Nootz | 91–1208 | 10/18/91 | AFFIRMED | D.Neb. |
| Potter v. Kidder | 91–1483 | 10/18/91 | AFFIRMED | D.Neb. |
| U.S. v. Milnor | 91–2172 | 10/18/91 | AFFIRMED | D.Minn. |
| LaBarge, Inc. v. Universal Circuits | 91–1460 | 10/21/91 | AFFIRMED | W.D.Ark. |
| Harper v. U.S. Forest Service | 91–1772 | 10/21/91 | AFFIRMED | W.D.Ark. |
| Ins. Co. of No. Amer. v. Coast Catamaran Corp. | 91–1316 | 10/24/91 | AFFIRMED | S.D.Iowa, 753 F.Supp. 804 |
| Groves v. Frank | 91–1830 | 10/24/91 | AFFIRMED | E.D.Mo. |
| Roth v. U.S. | 90–2849 | 10/25/91 | AFFIRMED | E.D.Mo. |
| U.S. v. Telenson | 91–1007 | 10/25/91 | AFFIRMED | N.D.Iowa |
| U.S. v. Teslow | 91–1300 | 10/25/91 | AFFIRMED | D.Minn. |
| Koettel v. Central Prod. Credit | 91–1358 | 10/25/91 | AFFIRMED | E.D.Ark. |
| U.S. v. Hoff | 91–1003 | 10/28/91 | AFFIRMED | D.Minn. |
| U.S. v. McCabe | 91–1600 | 10/28/91 | AFFIRMED | D.S.D. |
| Musso v. Thalacker | 91–1666 | 10/28/91 | AFFIRMED | N.D.Iowa |
| U.S. v. Rutan | 91–1919 | 10/28/91 | AFFIRMED | S.D.Iowa |
| Rally's v. International Short-stop, Inc. | 91–1105 | 10/29/91 | AFFIRMED | E.D.Ark., 776 F.Supp. 451 |
| Carlson v. Norman | 91–1806 | 10/29/91 | REVERSED AND VACATED | W.D.Mo. |
| Kehr v. Aronowitz | 90–2892 | 10/30/91 | AFFIRMED | E.D.Mo., 750 F.Supp. 400 |
| Loggins v. Delo | 90–2874 | 10/31/91 | AFFIRMED | E.D.Mo. |
| Hatch v. U.S. | 91–2154 | 10/31/91 | AFFIRMED | E.D.Ark. |
| Coffman v. Trickey | 91–1065 | 11/1/91 | AFFIRMED | E.D.Mo. |
| Resolution Trust v. Commercial Bank | 91–1162 | 11/1/91 | AFFIRMED | W.D.Ark. |
| U.S. v. Keeble | 91–1377 | 11/1/91 | AFFIRMED | D.S.D. |
| U.S. v. Steiro | 91–1872 | 11/1/91 | AFFIRMED | D.Minn. |
| Boyd v. U.S. | 91–2000 | 11/1/91 | AFFIRMED | D.S.D. |
| Gilbert v. Erickson | 91–2055 | 11/1/91 | AFFIRMED | D.Minn. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Case Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Boswell | 90–2944 | 11/4/91 | AFFIRMED | W.D.Mo. |
| Farnum v. Thalacker | 91–1174 | 11/4/91 | AFFIRMED | S.D.Iowa |
| Gray v. King | 91–1397 | 11/4/91 | AFFIRMED | E.D.Mo. |
| Pennington v. Armontrout | 91–1615 | 11/4/91 | REVERSED AND REMANDED | W.D.Mo. |
| LaPointe v. Gregg Motor Co. | 91–1684 | 11/4/91 | AFFIRMED | D.Neb. |
| Holbird v. Johnson | 91–1993 | 11/4/91 | AFFIRMED | E.D.Ark. |
| Rossbach v. U.S. Dept. of Justice | 91–2420 | 11/4/91 | AFFIRMED | D.Minn. |
| Wagner v. U.S. Marshall | 89–2992 | 11/5/91 | AFFIRMED | W.D.Ark. |
| Wagner v. Murphy | 90–1488 | 11/5/91 | AFFIRMED | W.D.Ark. |
| U.S. v. Good | 91–1475 | 11/5/91 | AFFIRMED | N.D.Iowa |
| Dunsmore v. Nix | 91–1763 | 11/7/91 | AFFIRMED | S.D.Iowa |
| Sherpell v. Humnoke | 91–1001 | 11/8/91 | AFFIRMED | E.D.Ark., 750 F.Supp. 971 |
| U.S. v. Bolding | 91–1983 | 11/8/91 | AFFIRMED | N.D.Iowa |
| McCoy v. Dowd | 91–1203 | 11/13/91 | AFFIRMED | E.D.Mo. |
| U.S. v. Williams | 91–1938 | 11/13/91 | AFFIRMED | D.Minn. |
| Nelson v. Nelson | 91–2262 | 11/13/91 | AFFIRMED | D.Minn. |
| Becker v. Rice | 91–1334 | 11/14/91 | AFFIRMED | W.D.Ark. |
| Gillie v. Burlington | 91–1021 | 11/15/91 | AFFIRMED | D.Minn. |
| Cochran v. U.S. | 91–2036 | 11/15/91 | AFFIRMED IN PART, REVERSED IN PART | W.D.Mo. |
| Pearey v. Sullivan | 91–2161 | 11/15/91 | REVERSED AND VACATED | S.D.Iowa |
| Coulter v. Dept. of Justice | 91–2633 | 11/15/91 | AFFIRMED | E.D.Ark. |
| Phillips v. Lockhart | 91–2024 | 11/18/91 | AFFIRMED | E.D.Ark. |
| Smith v. Calvin | 91–3056 | 11/18/91 | AFFIRMED | E.D.Mo. |
| Tinkham v. Deere & Co. | 91–1867 | 11/19/91 | AFFIRMED | N.D.Iowa |
| U.S. v. Nelson | 91–1881 | 11/19/91 | AFFIRMED | D.Neb. |
| Tinkham v. Deere & Co. | 91–1950 | 11/19/91 | AFFIRMED | N.D.Iowa |
| Aziz v. Cahill | 91–1908 | 11/20/91 | AFFIRMED | E.D.Mo. |
| Hill v. Warnock | 91–2665 | 11/20/91 | AFFIRMED | E.D.Ark. |
| U.S. v. Mallen | 91–1727 | 11/21/91 | AFFIRMED | N.D.Iowa |
| Stone v. Finalco Inc. | 91–1811 | 11/21/91 | AFFIRMED | D.Minn. |
| Stone v. Finalco Inc. | 91–1812 | 11/21/91 | AFFIRMED | D.Minn. |
| U.S. v. Davidson | 91–1875 | 11/21/91 | AFFIRMED | W.D.Mo. |
| U.S. v. Spaeth | 91–1721 | 11/22/91 | AFFIRMED | D.Minn. |
| U.S. v. Apel | 91–2112 | 11/22/91 | AFFIRMED | D.N.D. |
| U.S. v. Apel | 91–2175 | 11/22/91 | AFFIRMED | D.N.D. |
| Kramer v. U.S. | 91–2186 | 11/22/91 | DISMISSED | D.Minn. |
| Flick v. FBOP | 91–2193 | 11/22/91 | AFFIRMED | D.Minn. |
| Roach v. Sullivan | 91–1549 | 11/25/91 | AFFIRMED | E.D.Mo., 758 F.Supp. 1301 |
| Womack v. U.S., Veterans Admin. | 91–1591 | 11/25/91 | AFFIRMED | E.D.Ark. |
| Orrick v. Nationwide Mut. | 91–1947 | 11/25/91 | AFFIRMED | W.D.Ark. |
| Audubon Ins. v. Stultz | 91–1954 | 11/25/91 | AFFIRMED | E.D.Ark. |
| U.S. v. Lindsey | 91–1966 | 11/25/91 | AFFIRMED | D.Minn. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Case Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Womack v. U.S., Veteran's Admin. | | 11/25/91 | AFFIRMED | E.D.Ark. |
| Patterson v. U.S. | 91–2030 | 11/25/91 | AFFIRMED | D.Minn. |
| West v. Brookins | 91–2273 | 11/25/91 | AFFIRMED | E.D.Ark. |
| U.S. v. Draack | 91–2804 | 11/25/91 | AFFIRMED | D.Minn. |
| Hampton State Bank v. Elling | 91–1027 | 11/26/91 | AFFIRMED | N.D.Iowa |
| Foster v. City of Council Bluffs | 91–1780 | 11/26/91 | AFFIRMED | S.D.Iowa |
| U.S. v. Petty | 91–2211 | 11/26/91 | AFFIRMED | E.D.Ark. |
| U.S. v. Johnson | 91–2258 | 11/26/91 | AFFIRMED | D.Minn. |
| U.S. v. Jackson | 91–1335 | 11/27/91 | AFFIRMED | E.D.Mo. |
| U.S. v. Jackson | 91–1336 | 11/27/91 | AFFIRMED | E.D.Mo. |
| Jaramillo v. Burkhart | 91–1500 | 11/27/91 | AFFIRMED | D.Neb. |
| U.S. v. Petterson | 91–1795 | 11/27/91 | AFFIRMED | D.Minn. |
| Smith v. Delo | 91–1826 | 11/27/91 | AFFIRMED | E.D.Mo. |
| Chester v. Careercom Corp. | 91–2159 | 11/27/91 | AFFIRMED | E.D.Mo. |
| Bielenberg v. John Hancock Mut. | 91–2085 | 11/29/91 | AFFIRMED | N.D.Iowa |
| Cannon v. Jones | 91–2059 | 12/2/91 | AFFIRMED | E.D.Ark. |
| Lleras v. U.S. | 91–2067 | 12/2/91 | AFFIRMED | D.N.D. |
| Hendricks v. Armontrout | 91–1445 | 12/3/91 | AFFIRMED | E.D.Mo. |
| Elliott v. First Nat. Bank | 91–1561 | 12/3/91 | DISMISSED | D.Neb. |
| Blankemeyer v. Federal Land Bank | 91–2195 | 12/3/91 | AFFIRMED | N.D.Iowa |
| English v. Wade | 91–3476 | 12/3/91 | AFFIRMED IN PART, REVERSED IN PART | S.D.Iowa |
| Stanley v. Red River Federal Credit Union | 91–1851 | 12/4/91 | AFFIRMED | W.D.Ark. |
| Daniels v. Armontrout | 90–2492 | 12/5/91 | AFFIRMED | W.D.Mo. |
| Wood v. Allied–Signal Corp. | 90–5588 | 12/5/91 | AFFIRMED | D.Neb. |
| Myers v. Allied–Signal | 90–5589 | 12/5/91 | AFFIRMED | D.Neb. |
| Seaberry v. Allied–Signal | 90–5590 | 12/5/91 | AFFIRMED | D.Neb. |
| Cooper v. Armontrout | 91–1234 | 12/5/91 | REVERSED AND VACATED | E.D.Mo. |
| Tyler v. Superintendent, FCC | 91–1739 | 12/5/91 | AFFIRMED | E.D.Mo. |
| U.S. v. Cammisano | 91–2265 | 12/5/91 | AFFIRMED | W.D.Mo. |
| Williams v. Duckes | 91–2596 | 12/5/91 | AFFIRMED | E.D.Ark. |
| Stewart v. Carmack | 91–2726 | 12/5/91 | AFFIRMED | W.D.Ark. |
| Moreland v. Nix | 89–1761 | 12/6/91 | AFFIRMED | S.D.Iowa |
| Thornberg v. U.S. | 91–1043 | 12/6/91 | AFFIRMED | D.Minn. |
| Marvin Lumber v. Johnson | 91–1828 | 12/6/91 | AFFIRMED | D.Minn. |
| U.S. v. Schoenfelder | 91–2016 | 12/9/91 | AFFIRMED | D.S.D. |
| Farris v. Nix | 91–2554 | 12/9/91 | AFFIRMED | N.D.Iowa |
| Dodrill v. Mitchell, Williams, Selig, Jackson & Tucker | 91–1297 | 12/10/91 | AFFIRMED | W.D.Ark. |
| Bratton v. Mitchell, Williams, Selig, Jackson & Tucker | 91–1744 | 12/10/91 | AFFIRMED | W.D.Ark. |
| Dodrill v. Mixon | 91–2302 | 12/10/91 | AFFIRMED | E.D.Ark. |
| U.S. v. White | 91–2304 | 12/11/91 | AFFIRMED | D.Neb. |
| Williams v. Lockhart | 91–2710 | 12/11/91 | AFFIRMED | E.D.Ark. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Case Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Krupp v. U.S. | 91–1848 | 12/12/91 | AFFIRMED | D.Minn. |
| K Lazy K Ranch, Inc. v. Farm Credit Bank | 91–1878 | 12/12/91 | AFFIRMED | D.S.D. |
| Clark v. Square D Co. | 91–1940 | 12/12/91 | AFFIRMED | D.Neb. |
| Clark v. Square D Co. | 91–1943 | 12/12/91 | AFFIRMED | D.Neb. |
| K Lazy K Ranch, Inc. v. Farm Credit Bank | 91–2017 | 12/12/91 | AFFIRMED | D.S.D. |
| K Lazy K Ranch, Inc. v. Farm Credit Bank | 91–2020 | 12/12/91 | AFFIRMED | D.S.D. |
| Skaggs v. Civilian Personnel | 91–1378 | 12/13/91 | AFFIRMED | W.D.Ark. |
| Stieg v. Coleco Industries | 91–1850 | 12/13/91 | AFFIRMED | D.Minn. |
| Taylor v. Hoffinger Industries | 91–1889 | 12/13/91 | AFFIRMED | D.Minn. |
| U.S. v. Boles | 91–2609 | 12/13/91 | AFFIRMED | W.D.Mo. |
| U.S. v. Young | 91–3596 | 12/13/91 | DISMISSED | D.Neb. |
| Desmond v. City of Brooklyn Pk | 91–1962 | 12/16/91 | AFFIRMED | D.Minn. |
| U.S. v. Skinner | 91–2339 | 12/16/91 | AFFIRMED | E.D.Mo. |
| Hemphill v. Guerin | 90–2823 | 12/17/91 | AFFIRMED | E.D.Mo. |
| Henderson v. Mason | 91–1632 | 12/17/91 | AFFIRMED | E.D.Ark. |
| Taylor v. Lockhart | 91–1767 | 12/17/91 | AFFIRMED | E.D.Ark. |
| Dunsmore v. Nix | 91–1749 | 12/18/91 | AFFIRMED | S.D.Iowa |
| Federal Ins. Co. v. Penske Truck Leasing | 91–1944 | 12/18/91 | AFFIRMED | E.D.Mo. |
| U.S. v. Ely | 91–2205 | 12/18/91 | AFFIRMED | E.D.Mo. |
| Aswegan v. Henry | 91–2574 | 12/18/91 | AFFIRMED | S.D.Iowa |
| U.S. v. Drewel | 91–1825 | 12/19/91 | AFFIRMED | D.Neb. |
| Dole v. Lehman | 91–1974 | 12/19/91 | AFFIRMED | W.D.Ark. |
| Burns v. International Paper | 91–1991 | 12/19/91 | AFFIRMED | W.D.Ark. |
| U.S. v. Ubani | 91–2667 | 12/20/91 | AFFIRMED | W.D.Mo. |
| Rogers v. Wallis | 91–2685 | 12/20/91 | AFFIRMED | E.D.Mo. |
| U.S. v. Martin | 91–2904 | 12/20/91 | AFFIRMED | E.D.Ark. |
| Radford v. Smith | 91–2973 | 12/19/91 | AFFIRMED | E.D.Ark. |
| Curry v. Lockhart | 91–1636 | 12/20/91 | AFFIRMED | E.D.Ark. |
| Wabasha v. Leapley | 91–1810 | 12/23/91 | AFFIRMED | D.S.D. |
| Chew v. Webster | 91–1876 | 12/23/91 | AFFIRMED | E.D.Mo. |
| Universal Lending v. Beuttenmuller | 91–2131 | 12/23/91 | AFFIRMED | D.Minn. |
| Johnson v. Busby | 91–1461 | 12/24/91 | AFFIRMED | E.D.Ark. |
| Diehl v. Jones | 90–2728 | 12/26/91 | AFFIRMED | E.D.Mo. |
| Muhammad v. Armontrout | 91–1614 | 12/26/91 | AFFIRMED | W.D.Mo. |
| U.S. v. Johnson | 91–2182 | | AFFIRMED | N.D.Iowa |
| U.S. v. Sheaffer | 91–2605 | 12/26/91 | AFFIRMED | D.Minn. |
| U.S. v. Tablada | 91–1020 | 12/27/91 | AFFIRMED | D.Minn. |
| Stuard v. West Packing Co. | 91–1877 | 12/27/91 | AFFIRMED | W.D.Ark. |
| U.S. v. Farr | 91–1931 | 12/27/91 | AFFIRMED | D.Minn. |
| U.S. v. Niemeyer | 91–2039 | 12/27/91 | AFFIRMED | D.Minn. |
| U.S. v. Farr | 91–2041 | 12/27/91 | AFFIRMED | D.Minn. |
| Kirk v. Erickson | 91–2606 | 12/27/91 | AFFIRMED | D.Minn. |
| Portwood v. U.S. | 91–2917 | 12/27/91 | AFFIRMED | E.D.Mo. |
| Sportfishers Marine v. Action Carrier, Inc. | 91–1527 | 12/30/91 | AFFIRMED | D.S.D. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Case Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Sportfishers Marine v. Western States Land | 91–1540 | 12/30/91 | AFFIRMED | D.S.D. |
| Sportfishers Marine v. Western States Land | 91–1550 | 12/30/91 | AFFIRMED | D.S.D. |
| National Wildlife Federation v. Agricultural Stabilization and Conservation Service | 91–2073 | 12/30/91 | AFFIRMED | D.N.D. |
| McConnell v. Derwinski | 91–1955 | 12/31/91 | AFFIRMED | D.Minn. |
| Bilal v. Little Rock School | 91–2106 | 12/31/91 | AFFIRMED | E.D.Ark. |
| Woods v. Caspari | 91–1934 | 1/2/92 | AFFIRMED | E.D.Mo. |
| U.S. v. Dedner | 91–2176 | 1/2/92 | AFFIRMED | W.D.Mo. |
| U.S. v. Seba | 91–1733 | 1/3/92 | AFFIRMED | E.D.Mo. |
| Williams v. Lockhart | 91–1801 | 1/3/92 | AFFIRMED | E.D.Ark. |
| Henry v. Dept. of Navy | 91–1841 | 1/6/92 | REVERSED AND VACATED | E.D.Ark., 755 F.Supp. 1442 |
| Vanvickle v. Sullivan | 91–1868 | 1/6/92 | AFFIRMED | D.Minn. |
| Massa v. U.S. | 91–2944 | 1/6/92 | AFFIRMED | E.D.Mo. |
| Federko v. Wynia | 91–1769 | 1/7/92 | AFFIRMED | D.Minn. |
| U.S. v. Flagg | 91–2157 | 1/7/92 | AFFIRMED· | S.D.Iowa |
| U.S. v. Knutson | 91–2338 | 1/7/92 | AFFIRMED | D.Minn. |
| U.S. v. Looney | 91–2440 | 1/7/92 | AFFIRMED | S.D.Iowa |
| U.S. v. Randy Whitfield | 91–2441 | 1/7/92 | AFFIRMED | S.D.Iowa |
| U.S. v. Guerra | 91–2740 | 1/7/92 | AFFIRMED | E.D.Mo. |
| Holbird v. Clinton | 91–1232 | 1/8/92 | AFFIRMED | W.D.Ark. |
| U.S. v. Robbins | 91–1364 | 1/8/92 | AFFIRMED | E.D.Mo. |
| Chaney v. Dowd | 91–1375 | 1/8/92 | AFFIRMED | E.D.Mo. |
| Jones v. U.S. Railroad Retirement Bd. | 91–2221 | 1/8/92 | AFFIRMED | R.R.Ret.Bd. |
| U.S. v. Carlson | 91–2613 | 1/8/92 | AFFIRMED | D.Minn. |
| Bilal v. Ruhge | 91–1963 | 1/9/92 | AFFIRMED | E.D.Ark. |
| Salim v. U.S. Parole Com'n | 91–2126 | 1/9/92 | AFFIRMED | D.Minn. |
| Lomack–Bey v. Armontrout | 91–2155 | 1/9/92 | AFFIRMED | E.D.Mo. |
| Lueth v. U.S. | 91–2586 | 1/9/92 | AFFIRMED | S.D.Iowa |
| Levy v. U.S. | 91–2930 | 1/9/92 | AFFIRMED | S.D.Iowa |
| Clark v. Lockhart | 91–2366 | 1/10/92 | AFFIRMED | E.D.Ark. |
| Lee v. Trickey | 91–2400 | 1/10/92 | AFFIRMED | E.D.Mo. |
| Nord v. Lockhart | 91–2490 | 1/10/92 | AFFIRMED | E.D.Ark. |
| Turner v. Wood | 91–1407 | 1/15/92 | AFFIRMED | D.Minn. |
| Will v. U.S. | 91–2863 | 1/17/92 | AFFIRMED | D.Neb. |
| Silberman v. U.S. | 91–3170 | 1/17/92 | AFFIRMED | D.Minn. |
| Weimer v. Amen | 87–2331 | 1/22/92 | AFFIRMED | D.Neb. |
| Lasky v. Sullivan | 91–2408 | 1/23/92 | AFFIRMED | E.D.Mo. |
| Nord v. Lockhart | 91–3324 | 1/23/92 | REVERSED AND VACATED | E.D.Ark. |
| Cheatham v. Indrie | 91–1924 | 1/24/92 | AFFIRMED | E.D.Ark., 783 F.Supp. 1174 |
| U.S. v. Chatman | 91–2419 | 1/24/92 | AFFIRMED | W.D.Mo. |
| U.S. v. Josenberger | 91–2582 | 1/24/92 | AFFIRMED | W.D.Mo. |
| U.S. v. Cooper | 91–2657 | 1/24/92 | AFFIRMED | E.D.Ark. |
| Sloan v. U.S. | 91–1961 | 1/27/92 | AFFIRMED | W.D.Mo. |
| Cloud v. U.S. | 91–2384 | 1/27/92 | AFFIRMED | D.Neb. |
| Taylor v. Fed. Land Bank | 91–2901 | 1/27/92 | AFFIRMED | N.D.Iowa |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Case Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Parker v. Warren ........... | 91–3601 | 1/27/92 | AFFIRMED | W.D.Mo. |
| Eagle Horse v. Leapley...... | 91–2310 | 1/28/92 | AFFIRMED | D.S.D. |
| Perry v. Marsh............. | 91–2516 | 1/28/92 | AFFIRMED | E.D.Ark. |
| U.S. v. Bailey .............. | 91–2800 | 1/29/92 | AFFIRMED | E.D.Ark. |
| Ray v. Sullivan ............. | 91–2841 | 1/29/92 | AFFIRMED | W.D.Ark. |
| Herron v. Armontrout....... | 90–2765 | 1/30/92 | AFFIRMED | W.D.Mo. |
| Parker v. Helena Fuel & Harbor ...................... | 91–1609 | 1/30/92 | REVERSED AND VACATED | E.D.Ark. |
| U.S. v. Gelbmann ........... | 91–2015 | 1/30/92 | AFFIRMED | D.Minn. |

# UNITED STATES COURT OF APPEALS

## Ninth Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Anderson v. Gibson, Dunn & Crutcher | 91–55733, 91–56329 | 2/9/93 | AFFIRMED | C.D.Cal. |
| Antablian, In re; Antablian v. U.S. | 91–55879 | 2/8/93 | AFFIRMED | Bkrtcy.App. 9 |
| Aragon–Aviles v. I.N.S. | 90–70654 | 2/8/93 | REVIEW GRANTED | I.N.S. |
| Avel Pty. Ltd. v. Breaks | 90–16473 | 1/21/93 | AFFIRMED | N.D.Cal. |
| Banks v. Ryan | 92–55881 | 2/1/93 | AFFIRMED | S.D.Cal. |
| Barron–Macia v. I.N.S. | 90–70506 | 2/1/93 | REVIEW DENIED | I.N.S. |
| Bartholomew v. Rowland | 91–16167 | 1/22/93 | REVERSED, APPEAL DISMISSED | E.D.Cal. |
| Bedker v. Harvester Enterprise | 91–35817 | 1/21/93 | AFFIRMED | W.D.Wash. |
| Bell–Parodi v. I.N.S. | 91–70026 | 2/4/93 | REVIEW GRANTED | B.I.A. |
| Bergen Brunswig Corp. v. Safety Mut. Cas. Corp. | 90–56140 | 1/28/93 | AFFIRMED | C.D.Cal. |
| Blankstyn v. C.I.R. | 92–70341 | 2/3/93 | AFFIRMED | U.S.T.C. |
| Blume v. Ohio Cas. Ins. Co. | 91–55706, 91–55920 | 1/28/93 | AFFIRMED | S.D.Cal. |
| Briceno–Matus v. I.N.S. | 91–70150 | 2/4/93 | REVIEW GRANTED, ORDER VACATED, CAUSE REVERSED | B.I.A. |
| Briceno–Victor v. I.N.S. | 90–70623 | 2/3/93 | REVIEW GRANTED | I.N.S. |
| Brown v. Southern California Rapid Transit Dist. | 92–55712 | 2/2/93 | AFFIRMED | C.D.Cal. |
| Burns v. Burns | 92–15263 | 2/2/93 | AFFIRMED | D.Nev. |
| Byrd v. Blodgett | 92–36518 | 2/2/93 | AFFIRMED | W.D.Wash. |
| Chavez v. U.S. | 91–56463 | 1/13/93 | AFFIRMED | S.D.Cal. |
| Childs v. U.S. | 92–36607 | 2/2/93 | AFFIRMED | W.D.Wash. |
| Christiansen v. Bush | 92–35345 | 2/5/93 | AFFIRMED IN PART, DISMISSED IN PART | D.Alaska |
| Contaxis v. Floyd | 92–55795 | 2/1/93 | AFFIRMED | C.D.Cal. |
| Curtis v. Sullivan | 91–56487 | 1/27/93 | REVERSED | S.D.Cal. |
| Danielson v. I.R.S.; Danielson v. U.S. | 90–15804, 91–15607 | 1/25/93 | VACATED | N.D.Cal. |
| De Zelaya v. U.S. I.N.S. | 91–70229 | 2/4/93 | REVERSED | I.N.S. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Doty v. State Farm Fire and Cas. | 91–16381 | 1/22/93 | AFFIRMED | N.D.Cal. |
| Dudley v. Government Employees Ins. Co. | 91–15717 | 1/26/93 | REVERSED | N.D.Cal. |
| Dugan v. County of Santa Cruz | 90–16577 | 2/8/93 | AFFIRMED | N.D.Cal. |
| Ellington v. Becker | 92–16009 | 2/1/93 | AFFIRMED | D.Nev. |
| Escobar–Gaitan v. U.S. I.N.S. | 90–70586 | 2/4/93 | REVERSED | I.N.S. |
| Escobar–Moreira v. U.S. I.N.S. | 89–70279 | 2/4/93 | REVERSED | I.N.S. |
| Escobar–Salgado v. I.N.S. | 90–70616 | 2/4/93 | REVIEW GRANTED | B.I.A. |
| Federal Sav. and Loan Ins. Corp. v. Molinaro; F.D.I.C. v. Molinaro | 91–56423, 91–56212 | 2/8/93 | AFFIRMED IN PART, REVERSED IN PART | C.D.Cal. |
| Flores–Molina v. I.N.S. | 90–70532 | 2/8/93 | REVIEW GRANTED | I.N.S. |
| Fogel v. U.S. | 91–16692 | 2/1/93 | AFFIRMED | D.Ariz. |
| Fonseca–Mendoza v. I.N.S. | 90–70676 | 2/3/93 | REVIEW GRANTED | I.N.S. |
| Foster v. Hori | 91–16918 | 1/29/93 | AFFIRMED | N.D.Cal. |
| Fuentes–Sandoval v. I.N.S. | 91–70167 | 2/8/93 | REVIEW GRANTED | I.N.S. |
| Ghana v. Quinlan | 92–55485 | 2/1/93 | VACATED | C.D.Cal. |
| Gomez–Mendieta v. I.N.S. | 91–70214 | 2/8/93 | REVERSED | I.N.S. |
| Green v. Callahan | 92–35375 | 2/1/93 | AFFIRMED | W.D.Wash. |
| Greer v. Demosthenes | 91–16663 | 2/1/93 | AFFIRMED | D.Nev. |
| Guevara–Murillo v. I.N.S. | 91–70089 | 2/4/93 | REVIEW GRANTED | B.I.A. |
| Hamilton v. U.S. | 91–36022 | 2/9/93 | AFFIRMED | D.Mont. |
| Hamilton Taft & Co., In re; Hamilton Taft & Co. v. Federal Exp. | 92–15689 | 1/25/93 | AFFIRMED | N.D.Cal. |
| Harvey v. Klamath County Jail Commander/Superintendent | 92–35502 | 2/2/93 | AFFIRMED | D.Or. |
| Hendry v. Exide Electronics Corp. | 90–15964, 90–16148 | 1/29/93 | REVERSED AND REMANDED | N.D.Cal.; Amending 974 F.2d 1342 |
| Hayes v. Binion | 91–15747 | 2/9/93 | APPEAL DISMISSED | D.Nev. |
| Heritage Enterprises v. Silverio | 91–35623 | 1/22/93 | AFFIRMED | D.Or. |
| Herman v. Peterson | 91–36249 | 2/1/93 | AFFIRMED | W.D.Wash. |
| Hernandez–Lopez v. I.N.S. | 91–70373 | 2/3/93 | REVIEW GRANTED | B.I.A. |
| Hernandez–Narvaez v. U.S. I.N.S. | 91–70195 | 2/4/93 | REVERSED | I.N.S. |
| Hernandez–Valenzuela v. U.S. | 92–55779 | 1/29/93 | AFFIRMED | S.D.Cal. |
| Herrera–Garcia v. I.N.S. | 90–70659 | 2/4/93 | REVIEW GRANTED | B.I.A. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Hillding v. McDonnell Douglas Helicopter Co. | 92–16250 | 2/2/93 | AFFIRMED | D.Ariz. |
| Hinz v. Torres | 92–55230 | 1/29/93 | AFFIRMED | C.D.Cal. |
| Jenkins v. Maass | 91–35742 | 1/29/93 | AFFIRMED | D.Or. |
| Jones v. Garrett | 91–16746 | 2/4/93 | AFFIRMED | N.D.Cal. |
| Kerr v. U.S. | 92–55012 | 1/27/93 | AFFIRMED | C.D.Cal. |
| Krause v. Whitley | 91–16718 | 2/2/93 | AFFIRMED | D.Nev.; Appealing after remand 878 F.2d 386 |
| Lanzas–Almendarez v. I.N.S. | 91–70299 | 2/4/93 | REVERSED | I.N.S. |
| Larsen v. Commandant, U.S. Marine Corps | 92–15127 | 2/4/93 | AFFIRMED | N.D.Cal. |
| Lau v. Circuit Court of First Circuit | 92–15728 | 1/29/93 | AFFIRMED | D.Hawaii |
| Lee v. Washington State | 91–36277 | 2/4/93 | REVERSED | W.D.Wash. |
| Lowell E. Pauli & Associates, Inc. v. H.P.S. Industries, Inc. | 90–35410 | 1/19/93 | AFFIRMED | D.Or. |
| Lyondell Petrochemical Co. Securities Litigation, In re; Levit v. Lyondell Petrochemical Co. | 91–55899 | 1/29/93 | AFFIRMED | C.D.Cal. |
| McCracken v. Frank | 92–35318 | 1/29/93 | REVERSED | D.Alaska |
| McInerney v. Richman | 92–16244 | 2/1/93 | AFFIRMED | N.D.Cal. |
| McManama v. State of Or. | 92–35283 | 1/29/93 | AFFIRMED | D.Or. |
| Mairena–Arroliga v. I.N.S. | 91–70305 | 2/3/93 | REVERSED | I.N.S. |
| Marchetti v. Treman | 91–55891 | 2/1/93 | AFFIRMED | C.D.Cal. |
| Mendez–Navarro v. I.N.S. | 91–70624 | 2/4/93 | REVIEW GRANTED | B.I.A. |
| Mitchell v. C.I.R. | 91–70482 | 2/4/93 | AFFIRMED | U.S.T.C. |
| Miller v. State Sec. Unit | 90–15275 | 1/29/93 | APPEAL DISMISSED | E.D.Cal. |
| Montanez v. Myers | 91–55805 | 1/25/93 | REMANDED | C.D.Cal. |
| Pacific Power and Light Co. v. Surprise Valley Electrification Corp.; City of Alturas v. Pacific Power & Light Co. | 89–15524, 89–15713, 89–16010 | 1/25/93 | VACATED | E.D.Cal. |
| Payan–Garcia v. U.S. I.N.S. | 91–70212 | 2/4/93 | REVERSED | I.N.S. |
| Phillips v. China Airlines, Ltd. | 91–56026 | 2/8/93 | AFFIRMED | C.D.Cal. |
| Ponce–Alatorre v. I.N.S. | 90–70387 | 1/27/93 | AFFIRMED | B.I.A. |
| Portage Glacier Tour Co. v. U.S. Dept. of Agriculture | 91–35717, 91–35849 | 1/27/93 | APPEAL DISMISSED; VACATED IN PART | D.Alaska |
| Powell v. Bonaffini | 92–15607 | 1/29/93 | AFFIRMED | D.Nev. |
| Prado–Perez v. I.N.S. | 91–70520 | 2/9/93 | AFFIRMED | I.N.S. |
| Prestige Point, In re; Bear Valley Mut. Water Co. v. Prestige Point | 91–55837 | 2/4/93 | REVERSED | Bkrtcy.App. 9, 130 B.R. 362 |
| Redwood Empire Life Support v. County of Sonoma | 91–16444 | 1/29/93 | AFFIRMED | N.D.Cal. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Reischmann v. Lewis........ | 92–15890 | 2/5/93 | AFFIRMED IN PART, RE- VERSED IN PART | D.Ariz. |
| Reyes v. I.N.S. ............. | 91–70137 | 2/3/93 | REVIEW GRANT- ED | I.N.S. |
| Richards v. Casey .......... | 91–16255 | 1/22/93 | AFFIRMED | D.Nev. |
| Riederich v. C.I.R. .......... | 91–70502 | 2/8/93 | AFFIRMED | U.S.T.C. |
| Rivera–Pantoja v. U.S. I.N.S. | 91–70183 | 2/4/93 | REVERSED | I.N.S. |
| Rodriguez–Haycerth v. I.N.S. | 91–70081 | 2/8/93 | REVIEW GRANT- ED | I.N.S. |
| Sequeira–Castillo v. U.S. I.N.S. | 91–70104 | 1/25/93 | REVIEW GRANT- ED; VACATED | B.I.A. |
| Sevilla–Rios v. I.N.S. ........ | 90–70536 | 2/8/93 | REVIEW GRANT- ED | I.N.S. |
| Sheehan v. U.S. ............. | 91–16479 | 2/8/93 | AFFIRMED | N.D.Cal. |
| Silva–Cabrera v. I.N.S. ...... | 91–70055 | 2/3/93 | REVIEW GRANT- ED | I.N.S. |
| Skurdal v. Yellowstone Coun- ty........................ | 91–35859 | 2/1/93 | AFFIRMED | D.Mont. |
| Smith v. Hurd ............. | 91–16436 | 2/8/93 | AFFIRMED | D.Hawaii, 699 F.Supp. 1433 |
| Stanson v. Calligan.......... | 91–16028, 91–16217 | 1/26/93 | AFFIRMED | N.D.Cal. |
| Steinbrecher v. C.I.R.; Jas- mine Associates, Ltd. v. C.I.R.; Uversa Ltd., Inc. v. C.I.R. .................... | 90–70456, 90–70471, 90–70472 | 2/1/93 | VACATED | U.S.T.C. |
| Suarez v. Hunter............ | 91–35667 | 1/29/93 | AFFIRMED | D.Or. |
| Thomas v. Thomas ......... | 92–16453 | 2/2/93 | REVERSED | D.Ariz. |
| Tobkin v. Waltrip .......... | 91–16401 | 1/22/93 | AFFIRMED | N.D.Cal., 139 B.R. 492 |
| Torrez–Herrera v. I.N.S. ...... | 92–70110 | 2/5/93 | REVIEW DENIED | B.I.A. |
| Toward v. Gomez .......... | 91–55996 | 2/1/93 | AFFIRMED | C.D.Cal. |
| Trohimovich v. C.I.R. ....... | 91–70721 | 11/27/92 | AFFIRMED | U.S.T.C. |
| U.S. v. Ames ............... | 92–10351 | 2/3/93 | AFFIRMED | D.Nev. |
| U.S. v. Ballesteros–Salazar ... | 91–10454 | 1/22/93 | AFFIRMED | D.Ariz. |
| U.S. v. Baltazar–Higareda ... | 92–50404 | 2/3/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Barkley............. | 91–10596, 91–10597, 92–10015 | 1/21/93 | AFFIRMED | N.D.Cal. |
| U.S. v. Barron ............. | 90–50382 | 2/2/93 | AFFIRMED | S.D.Cal. |
| U.S. v. Berthold............ | 92–55765 | 1/28/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Bessette ............. | 92–10270 | 2/8/93 | AFFIRMED | D.Hawaii |
| U.S. v. Bloe................. | 91–50463 | 2/2/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Bobbitt (Eric); U.S. v. Bobbitt (Michael) ......... | 91–50289, 91–50294 | 1/26/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Bracamonte ......... | 89–50621 | 2/5/93 | AFFIRMED | C.D.Cal. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Brinton (Brett Alan); U.S. v. Brinton (William John) | 90–50489, 91–50043, 90–50488, 91–50045 | 1/21/93 | AFFIRMED IN PART, VACATED IN PART | C.D.Cal. |
| U.S. v. Calderon | 92–50389 | 2/3/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Campana | 92–50110 | 2/8/93 | AFFIRMED | S.D.Cal. |
| U.S. v. Campbell; U.S. v. Serrano; U.S. v. Wilson | 92–30024, 92–30033, 92–30037 | 1/27/93 | AFFIRMED AND REMANDED | D.Alaska |
| U.S. v. Clark | 91–10534 | 2/1/93 | AFFIRMED IN PART, REVERSED IN PART | D.Nev. |
| U.S. v. Couch | 92–30108 | 2/8/93 | AFFIRMED | E.D.Wash. |
| U.S. v. Cunningham | 91–30440, 92–30004 | 1/27/93 | AFFIRMED IN PART, REVERSED IN PART | D.Idaho |
| U.S. v. Cunningham | 91–50044 | 2/4/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Dahle | 92–30050 | 1/21/93 | AFFIRMED | D.Or. |
| U.S. v. Davis | 92–50041 | 2/8/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Diaz; U.S. v. Restrepo-Gonzalez; U.S. v. Rico Pinzon | 91–10095, 91–10096, 91–10100 | 2/2/93 | AFFIRMED | D.Ariz. |
| U.S. v. Dubray | 91–30099 | 2/5/93 | AFFIRMED | D.Mont.; Opinion after remand 959 F.2d 242 |
| U.S. v. Espino–Llamas | 92–30086 | 2/8/93 | AFFIRMED | W.D.Wash. |
| U.S. v. Garcia–Aguilar | 92–50551 | 2/2/93 | APPEAL DISMISSED | S.D.Cal. |
| U.S. v. Garcia–Azpeitia | 91–50819 | 1/27/93 | VACATED | S.D.Cal.; Appealing after remand 940 F.2d 1536 |
| U.S. v. Garza–Rodriquez | 92–50263 | 1/27/93 | AFFIRMED | S.D.Cal. |
| U.S. v. Gene | 90–30422 | 2/9/93 | AFFIRMED | D.Mont. |
| U.S. v. Gomez–Galvez | 90–50256 | 1/28/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Harkey | 91–30397 | 1/25/93 | AFFIRMED | E.D.Wash.; Appealing after remand 923 F.2d 138 |
| U.S. v. Harris | 92–30109 | 2/4/93 | AFFIRMED | D.Or. |
| U.S. v. Henthorn | 91–50842 | 12/28/92 | AFFIRMED | S.D.Cal.; Appealing after remand 931 F.2d 29 |
| U.S. v. Hernandez | 91–30231 | 2/8/93 | AFFIRMED | D.Alaska |
| U.S. v. Hernandez–Ocampo | 92–10171 | 2/2/93 | AFFIRMED | D.Ariz. |
| U.S. v. Herrera–Meras | 91–30300 | 1/21/93 | AFFIRMED | W.D.Wash. |
| U.S. v. Herzer | 92–50350 | 1/26/93 | AFFIRMED AND REMANDED | S.D.Cal. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Hoskins | 91–36238 | 1/29/93 | AFFIRMED | D.Mont. |
| U.S. v. Jackson | 90–50407 | 2/3/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Johnson | 90–50490 | 1/25/93 | APPEAL DISMISSED | C.D.Cal. |
| U.S. v. Jones | 91–50380 | 2/5/93 | REVERSED | C.D.Cal. |
| U.S. v. Kaiserman | 92–50015 | 1/28/93 | AFFIRMED IN PART, REVERSED IN PART | C.D.Cal. |
| U.S. v. Khan | 91–30463 | 2/3/93 | AFFIRMED | W.D.Wash. |
| U.S. v. Lister | 92–50116, 92–50122 | 1/28/93 | AFFIRMED IN PART, REVERSED IN PART | S.D.Cal. |
| U.S. v. Martin | 92–50078 | 2/2/93 | REVERSED | C.D.Cal. |
| U.S. v. Martineau | 92–50113 | 2/9/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Martinez | 92–50264 | 1/27/93 | AFFIRMED | S.D.Cal. |
| U.S. v. Menefee | 92–50046 | 2/3/93 | AFFIRMED | C.D.Cal.; Appealing after remand 935 F.2d 276 |
| U.S. v. Miller | 91–35896 | 1/29/93 | AFFIRMED | D.Idaho |
| U.S. v. Molina | 92–10028 | 2/1/93 | AFFIRMED; VACATED | D.Ariz. |
| U.S. v. Morales–Quintero | 91–55978 | 2/1/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Morgan | 92–50231 | 2/5/93 | VACATED | C.D.Cal. |
| U.S. v. Murillo | 92–50103 | 1/26/93 | AFFIRMED | S.D.Cal. |
| U.S. v. Ngo | 91–50794 | 1/28/93 | AFFIRMED AND REMANDED | C.D.Cal. |
| U.S. v. Nunez–Garcia | 92–50008 | 2/3/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Osco | 92–50221 | 2/5/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Podergois | 92–50250 | 1/27/93 | VACATED | S.D.Cal. |
| U.S. v. Puno | 92–50459 | 1/28/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Renteria | 91–50627 | 2/5/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Rodriguez–Contreras | 91–50250 | 2/2/93 | AFFIRMED | S.D.Cal. |
| U.S. v. Rojas | 92–10057, 92–10058 | 1/21/93 | AFFIRMED | D.Nev. |
| U.S. v. Scott | 92–10112 | 1/22/93 | AFFIRMED | D.Ariz. |
| U.S. v. Scottie | 91–10518 | 2/5/93 | AFFIRMED | D.Ariz. |
| U.S. v. Shaffer | 92–30016 | 1/22/93 | AFFIRMED | W.D.Wash. |
| U.S. v. Shields | 91–50766 | 1/25/93 | AFFIRMED | S.D.Cal.; Appealing after remand 939 F.2d 780 |
| U.S. v. Shkreli | 89–50119 | 1/28/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Silva | 92–50426 | 2/5/93 | | C.D.Cal. |
| U.S. v. Sosa–Rivera | 92–50272 | 2/2/93 | AFFIRMED | S.D.Cal. |
| U.S. v. Spence | 92–50385 | 2/2/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Subieto–Buan | 92–50331 | 2/3/93 | AFFIRMED | S.D.Cal. |
| U.S. v. Sztojko | 92–10217 | 1/28/93 | AFFIRMED | D.Nev. |
| U.S. v. Tajan | 91–30390 | 1/25/93 | AFFIRMED | D.Idaho |
| U.S. v. Talent | 92–10067 | 2/3/93 | DISMISSED | E.D.Cal. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Trohimovich; Trohimovich v. U.S.; Volvo of America Corp. v. Trohimovich | 92–35049, 92–35050, 92–35192, 92–36691, 92–36842 | 11/27/92 | AFFIRMED | W.D.Wash.; Appealing after remand 905 F.2d 1541 |
| U.S. v. Valenzuela–Portillo | 90–30022 | 2/3/93 | AFFIRMED | W.D.Wash. |
| U.S. v. Van Buren | 92–10129 | 2/3/93 | AFFIRMED | E.D.Cal. |
| U.S. v. Walsh | 92–10118 | 1/25/93 | AFFIRMED AND REMANDED | D.Nev. |
| U.S. v. Waugh | 91–10472, 92–10473 | 2/4/93 | REVERSED | N.D.Cal. |
| U.S. v. Wright | 92–50294 | 2/4/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Wyche | 91–50131 | 1/22/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Yellowman | 91–10460, 91–10558 | 1/21/93 | AFFIRMED IN PART, VACATED IN PART | D.Ariz. |
| U.S. v. Young | 92–50308 | 2/2/93 | AFFIRMED | C.D.Cal. |
| U.S. v. Zane | 91–50164 | 1/28/93 | AFFIRMED | C.D.Cal. |
| U.S. Dept. of Labor v. Kerr–McGee Chemical Corp. | 90–70673 | 1/21/93 | REVERSED | O.S.H.R.C. |
| Urbina–Alvarez v. U.S. I.N.S. | 91–70177 | 2/4/93 | REVERSED | I.N.S. |
| Voth v. Zenon | 92–35482 | 2/1/93 | AFFIRMED | D.Or. |
| W & S Investments, Inc., In re; Northmount Associates v. W & S Investments, Inc. | 91–35830 | 1/28/93 | REMANDED | W.D.Wash. |
| Ware v. U.S. Parole Com'n | 92–55355 | 2/1/93 | AFFIRMED | S.D.Cal. |
| Washington Public Power Supply System v. Pittsburgh–Des Moines Corp. | 91–35669 | 1/26/93 | AFFIRMED IN PART, REVERSED IN PART | E.D.Wash.; Appealing after remand 876 F.2d 690 |
| Waugh v. Curtis | 91–36205 | 1/21/93 | REVERSED | W.D.Wash. |
| Winkler v. McCarthy | 92–15026 | 1/26/93 | AFFIRMED | E.D.Cal. |
| Wright v. United Airlines, Inc. | 92–15377 | 2/3/93 | AFFIRMED | N.D.Cal. |
| Zarazua v. Marshall | 92–15720 | 2/2/93 | AFFIRMED | N.D.Cal. |

# UNITED STATES COURT OF APPEALS

## Eleventh Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

The following cases have been decided without formal opinion prepared for publication in the permanent law reports:

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Cargill | 90–5659 | 2/1/93 | AFFIRMED | S.D.Fla. |
| *U.S. v. Llano | 90–6038 | 1/28/93 | REVERSED AND VACATED | S.D.Fla. |
| Waters v. Smith | 90–8725 | 1/25/93 | AFFIRMED | N.D.Ga. |
| U.S. v. Peters | 91–1009 | 2/3/93 | REVERSED AND VACATED | N.D.Ala. |
| *Darlington v. U.S. | 91–3442 | 1/26/93 | AFFIRMED | N.D.Fla. |
| *Ward v. Singletary | 91–3523 | 1/26/93 | AFFIRMED | M.D.Fla. |
| Gonzalez v. Salvation Army | 91–3588 | 2/1/93 | AFFIRMED | M.D.Fla. |
| **U.S. v. Hines | 91–3744 | 2/3/93 | AFFIRMED | N.D.Fla. |
| Sweatt v. FL Bd. of Pilot Comrs. | 91–4069 | 1/27/93 | AFFIRMED | M.D.Fla.,. 776 F.Supp. 1538 |
| **U.S. v. Godwin | 91–4099 | 1/25/93 | AFFIRMED | N.D.Fla., 779 F.Supp. 561 |
| *Brown v. Singletary | 91–4118 | 2/5/93 | AFFIRMED | M.D.Fla. |
| *U.S. v. Lombardo | 91–5558 | 1/26/93 | AFFIRMED | S.D.Fla. |
| */**U.S. v. Casada | 91–5666 | 1/27/93 | AFFIRMED | S.D.Fla. |
| *U.S. v. Gandy | 91–5859 | 1/29/93 | AFFIRMED | S.D.Fla. |
| *U.S. v. Dussan | 91–5891 | 1/27/93 | AFFIRMED | S.D.Fla. |
| *Hunter v. U.S. | 91–7910 | 1/29/93 | AFFIRMED | N.D.Ala. |
| */**U.S. v. Ruffin | 91–7927 | 2/5/93 | AFFIRMED | S.D.Ala. |
| *U.S. v. Jones | 91–8749 | 2/1/93 | AFFIRMED | N.D.Ga. |
| *U.S. v. Woodard | 91–9148 | 1/29/93 | AFFIRMED | N.D.Ga. |
| */**Scott v. U.S. | 92–2099 | 1/28/93 | AFFIRMED | M.D.Fla. |
| **Libed v. U.S. | 92–2142 | 2/1/93 | AFFIRMED | M.D.Fla. |
| *Millsaps v. U.S. | 92–2152 | 1/29/93 | AFFIRMED | M.D.Fla. |
| */**Yunger v. Julian, Colbert, Whigham | 92–2166 | 1/28/93 | AFFIRMED | M.D.Fla. |
| *U.S. v. Stone | 92–2170 | 1/29/93 | AFFIRMED | N.D.Fla. |
| */**Klacsmann v. Lockheed Space Op. | 92–2273 | 1/26/93 | AFFIRMED | M.D.Fla. |
| **Moore v. City of Edgewood | 92–2298 | 2/1/93 | AFFIRMED | M.D.Fla., 790 F.Supp. 1561 |

* Fed.R.App.P. 34(a); 11th Cir.R. 34–3.
** Local Rule 36 case.

# DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| *Sulkowski v. American Medical Int'l | 92–2301 | 1/29/93 | AFFIRMED | M.D.Fla. |
| *U.S. v. Posada | 92–2374 | 1/27/93 | AFFIRMED | M.D.Fla. |
| **Community Blood & Plasma v. Duncan | 92–2508 | 2/1/93 | AFFIRMED | M.D.Fla. |
| *U.S. v. Picart | 92–2550 | 2/5/93 | AFFIRMED | M.D.Fla. |
| *N.L.R.B. v. T.L.C. St. Petersburg, Inc. | 92–2626 | 2/3/93 | AFFIRMED | M.D.Fla. |
| */**Basham v. Freda | 92–3060 | 2/3/93 | AFFIRMED | M.D.Fla., 805 F.Supp. 930 |
| **Moore v. Edgewood | 92–3122 | 2/1/93 | AFFIRMED | M.D.Fla., 790 F.Supp. 1561 |
| *U.S. v. Taylor | 92–4092 | 2/5/93 | AFFIRMED | S.D.Fla. |
| *U.S. v. Damato | 92–4101 | 1/27/93 | REVERSED AND VACATED | S.D.Fla. |
| *Ramos v. Singletary | 92–4123 | 1/26/93 | AFFIRMED | S.D.Fla. |
| *Masterson v. Barton | 92–4150 | 2/5/93 | AFFIRMED | S.D.Fla. |
| **ITT Commercial Finance v. Tavormina | 92–4190 | 2/1/93 | AFFIRMED | S.D.Fla., 115 B.R. 720 |
| *Perez–Napoles v. U.S. | 92–4193 | 2/5/93 | AFFIRMED | S.D.Fla. |
| **Wyatt v. King | 92–6040 | 1/25/93 | AFFIRMED | M.D.Ala. |
| *Ozier v. Department of HHS | 92–6133 | 1/27/93 | REVERSED AND VACATED | N.D.Ala. |
| *Lacey v. Jones | 92–6285 | 1/26/93 | AFFIRMED | S.D.Ala. |
| *Conlogue v. Anderson | 92–6302 | 1/28/93 | AFFIRMED | N.D.Ala. |
| */**Weiss v. Marsh | 92–6473 | 1/29/93 | AFFIRMED | M.D.Ala. |
| **Colburn v. Clifford Industries | 92–6562 | 1/29/93 | AFFIRMED | N.D.Ala. |
| *McCray v. Davis | 92–6573 | 1/26/93 | AFFIRMED | M.D.Ala. |
| *U.S. v. Huggins | 92–6624 | 2/5/93 | AFFIRMED | M.D.Ala. |
| *U.S. v. Kauffman | 92–6674 | 1/28/93 | REVERSED AND VACATED | S.D.Ala. |
| *U.S. v. Hatcher | 92–8063 | 2/5/93 | AFFIRMED | S.D.Ga. |
| U.S. v. Terrell | 92–8132 | 1/27/93 | AFFIRMED | S.D.Ga. |
| *U.S. v. Chude | 92–8179 | 1/29/93 | AFFIRMED | N.D.Ga. |
| **Leonard v. City of Columbus, GA | 92–8197 | 1/29/93 | AFFIRMED | M.D.Ga. |
| Garrett v. St. Joseph's Hosp. | 92–8265 | 1/27/93 | REVERSED AND VACATED | N.D.Ga. |
| */**U.S. v. Evans | 92–8271 | 2/4/93 | AFFIRMED | M.D.Ga. |
| */**Manley v. Ben Hill County Bd. | 92–8296 | 2/5/93 | AFFIRMED | M.D.Ga. |
| */**U.S. v. Ramsey | 92–8391 | 2/4/93 | AFFIRMED | S.D.Ga. |
| Harris v. Rollison | 92–8416 | 1/25/93 | AFFIRMED | N.D.Ga. |
| **Merideth v. Grogan | 92–8471 | 1/25/93 | AFFIRMED | N.D.Ga., 812 F.Supp. 1223 |
| *U.S. v. Terry | 92–8543 | 2/1/93 | AFFIRMED | N.D.Ga. |
| **McWilliams v. Kubach | 92–8579 | 1/25/93 | AFFIRMED | M.D.Ga. |

\* Fed.R.App.P. 34(a); 11th Cir.R. 34–3.
\** Local Rule 36 case.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| */**Miller v. Bowers........... | 92–8581 | 1/26/93 | AFFIRMED | N.D.Ga. |
| */**U.S. v. Butler.............. | 92–8603 | 1/26/93 | AFFIRMED | N.D.Ga. |
| *Posey v. Garrett ........... | 92–8653 | 1/26/93 | AFFIRMED | M.D.Ga. |

* Fed.R.App.P. 34(a); 11th Cir.R. 34–3.

** Local Rule 36 case.

# UNITED STATES COURT OF APPEALS

### Eleventh Circuit

---

### DENIALS OF REHEARING EN BANC

(Rule 35 Federal Rules of Appellate Procedure; Local Eleventh Circuit Rule 35)

Group 1—Denials where no member of the panel nor Judge in regular active service on the Court requested that the Court be polled on rehearing en banc.

Group 2—Denials after a poll requested by a member of the panel or a Circuit Judge in regular active service.

Group 3—Denials on the Court's own motion after a poll requested by a member of the panel or a Circuit Judge in regular active service.

| Title | Docket Number | Date of Denial | Citation of Panel Decision |
|---|---|---|---|
| GROUP 1 | | | |
| Hooks v. Dampier | 91–8949 | 2/2/93 | M.D.Ga., 980 F.2d 1447 |
| U.S. v. Duvall | 91–3664 | 2/4/93 | M.D.Fla., 971 F.2d 756 |
| U.S. v. Morgan | 91–8685 | 1/25/93 | N.D.Ga., 979 F.2d 1538 |
| U.S. v. Romon | 91–3961 | 1/26/93 | M.D.Fla., 979 F.2d 212 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

The following opinions will not be published in a printed volume because they do not add significantly to the body of law and are not of widespread interest. They are public record. They are not citable as precedent. These decisions will appear in tables published periodically.

| Title | Docket Number | Date | Disposition | Appeal from and Citation |
|---|---|---|---|---|
| Laich Industries Corp. v. Baskin–Robbins USA Co. | 92–1177, 92–1178 | 11/3/92 | APPEAL DISMISSED | D.Ct./N.D.Ohio |
| †Laitram Corp. v. Rexnord, Inc. | 92–1258 | 11/3/92 | APPEAL DISMISSED | D.Ct./E.D.Wis. |
| †Micro Motion, Inc. v. Exac Corp. | 92–1030 | 11/5/92 | APPEAL DISMISSED | D.Ct./N.D.Cal. |
| Wooten v. Secretary of Dept. of Health and Human Services | 92–5100 | 11/17/92 | APPEAL DISMISSED | Cl.Ct. |
| Lionsgate Corp. v. Stone | 92–1231 | 11/18/92 | APPEAL DISMISSED | ENC BCA |
| †Wang Laboratories, Inc. v. CFR Associates, Inc. | 92–1359 | 11/18/92 | APPEAL DISMISSED | D.Ct./D.Mass. |
| Jones v. Principi | 92–7047 | 11/19/92 | VACATED | CVA, 2 Vet.App. 231 |
| Howard, In re | 92–M325 | 11/19/92 | MANDAMUS DISMISSED | |
| Logistical Support, Inc. v. Rice | 92–1333 | 11/23/92 | REMANDED | ASBCA |
| Niswonger v. Department of Air Force | 92–3627 | 11/23/92 | REMANDED | MSPB |
| †Meredith v. Brooks | 91–1354 | 11/24/92 | GRANTED | D.Ct./C.D.Cal. |
| Manangan v. Office of Personnel Management | 92–3180 | 11/24/92 | REMANDED | MSPB |
| Torallo v. Office of Personnel Management | 92–3461 | 11/24/92 | REMANDED | MSPB, 53 M.S.P.R. 681 |
| Magnavox Electronic Systems Co. v. U.S. | 93–5010, 93–5011 | 11/24/92 | APPEAL DISMISSED | Cl.Ct. |
| Patton v. Derwinski | 91–7079 | 11/27/92 | DISMISSED | CVA |
| Delozier v. Derwinski | 91–7093 | 11/27/92 | DISMISSED | CVA, 1 Vet.App. 491 |
| †Gymwell Corp. v. Cascade Designs, Inc. | 92–1507 | 11/27/92 | DISMISSED | D.Ct./W.D.Wash. |
| Vogel v. Derwinski | 92–7024 | 11/27/92 | DISMISSED | CVA, 2 Vet.App. 175 |

† Denotes patent appeals.

| Title | Docket Number | Date | Disposition | Appeal from and Citation |
|---|---|---|---|---|
| †Parker v. King | 93–1069 | 11/27/92 | DISMISSED | D.Ct./N.D.Ga. |
| Johnson v. Merit Systems Protection Bd. | 93–3011 | 11/27/92 | REMANDED | MSPB |
| Honanie v. Department of Interior | 93–3028 | 11/27/92 | REVIEW DIS-MISSED | MSPB |
| Pedrajas v. Office of Personnel Management | 93–3040 | 11/27/92 | REVIEW DIS-MISSED | MSPB |
| La Cross v. U.S. Postal Service | 92–3365 | 12/7/92 | AFFIRMED | MSPB |
| Sides v. U.S. | 92–5139 | 12/9/92 | AFFIRMED * | Cl.Ct. |
| Southeastern Sandblasting & Coating, Inc. v. Cheney | 92–1363 | 12/10/92 | AFFIRMED * | ASBCA |
| Andreasen v. Department of Army | 92–3334 | 12/10/92 | AFFIRMED | MSPB, 53 M.S.P.R. 176 |
| McLaughlin v. Department of Transp. | 92–3336 | 12/10/92 | AFFIRMED * | MSPB, 53 M.S.P.R. 177 |
| P & D Contractors, Inc. v. U.S. | 92–5095 | 12/10/92 | AFFIRMED * | Cl.Ct., 25 Cl.Ct. 237 |
| Kriete v. Derwinski | 92–7063 | 12/10/92 | AFFIRMED * | CVA, 2 Vet.App. 536 |
| Bruno v. Office of Personnel Management | 91–3377 | 12/14/92 | AFFIRMED | MSPB, 47 M.S.P.R. 657 |
| †Jennmar Corp. v. Pattin Mfg. Co. | 92–1250, 92–1251, 92–1252 | 12/14/92 | AFFIRMED * | D.Ct./S.D.Ohio |
| †M & D Sales Co., Inc., In re | 92–1308 | 12/14/92 | AFFIRMED * | PTO |
| †Triangle Pacific Corp., In re | 92–1311 | 12/14/92 | AFFIRMED * | PTO |
| †Mc Kinlay, In re | 92–1327 | 12/14/92 | AFFIRMED * | PTO |
| Lamar Const. Co., Inc. v. O'Keefe | 92–1364 | 12/14/92 | AFFIRMED * | ASBCA |
| Poynton v. Department of Army | 92–3534 | 12/14/92 | AFFIRMED * | MSPB, 54 M.S.P.R. 249 |
| Gordon Kruse Const. Co. v. U.S. | 92–5093 | 12/14/92 | AFFIRMED AND REMANDED | Cl.Ct. |
| Yount v. U.S. | 92–5105 | 12/14/92 | AFFIRMED * | Cl.Ct., 25 Cl.Ct. 289 |
| Anderson v. Secretary of Dept. of Health and Human Services | 92–5110 | 12/14/92 | AFFIRMED * | Cl.Ct. |
| Gratz v. U.S. | 92–5111 | 12/14/92 | AFFIRMED * | Fed.Cl., 25 Cl.Ct. 411 |
| Reforestacion De Sarapiqui v. U.S. | 92–5119 | 12/14/92 | AFFIRMED * | Cl.Ct., 26 Cl.Ct. 177 |
| †Moetteli, In re | 92–1335 | 12/15/92 | AFFIRMED * | PTO |
| †Bettcher Industries, Inc. v. Byrnes | 92–1400 | 12/15/92 | AFFIRMED * | D.Ct./N.D.Ohio |

\* Federal Circuit Rule 36.
† Denotes patent appeals.

| Title | Docket Number | Date | Disposition | Appeal from and Citation |
|---|---|---|---|---|
| McCuaig v. Office of Personnel Management | 92–3479 | 12/15/92 | AFFIRMED * | MSPB, 53 M.S.P.R. 680 |
| Johnson v. Department of Navy | 92–3571 | 12/15/92 | AFFIRMED * | MSPB |
| Fleming v. U.S. | 92–5114 | 12/15/92 | AFFIRMED * | Fed.Cl. |
| †Baron v. Bausch & Lomb Inc. | 92–1304 | 12/16/92 | AFFIRMED * | D.Ct./W.D.N.Y., 621 F.Supp. 316 |
| Tanksley v. Merit Systems Protection Bd. | 92–3288 | 12/16/92 | AFFIRMED | MSPB |
| Cuffe v. U.S. Postal Service | 92–3322 | 12/16/92 | AFFIRMED * | MSPB, 52 M.S.P.R. 464 |
| Johnson v. Department of Navy | 92–3420 | 12/16/92 | AFFIRMED * | MSPB, 53 M.S.P.R. 425 |
| Dinoso v. Office of Personnel Management | 92–3457 | 12/16/92 | AFFIRMED | MSPB, 53 M.S.P.R. 561 |
| Davey Compressor Co. v. Cheney | 92–1176 | 12/17/92 | REVERSED | ASBCA |
| †Basbous, In re | 92–1373 | 12/17/92 | AFFIRMED * | PTO |
| Mika v. Department of Treasury | 92–3183 | 12/17/92 | AFFIRMED * | MSPB, 51 M.S.P.R. 288 |
| Wilson v. Department of Air Force | 92–3326 | 12/17/92 | AFFIRMED * | MSPB, 52 M.S.P.R. 465 |
| Faucher v. Merit Systems Protection Bd. | 92–3346 | 12/17/92 | AFFIRMED * | MSPB, 53 M.S.P.R. 176 |
| Cotton v. Department of Justice | 92–3392 | 12/17/92 | AFFIRMED * | MSPB, 53 M.S.P.R. 397 |
| White v. Merit Systems Protection Bd. | 92–3511 | 12/17/92 | AFFIRMED * | MSPB |
| Richardson v. U.S. Postal Service | 92–3556 | 12/17/92 | AFFIRMED | MSPB |
| Gilmore v. U.S. Postal Service | 92–3569 | 12/17/92 | AFFIRMED * | MSPB, 54 M.S.P.R. 248 |
| Kit–San–Azusa, a Joint Venture v. U.S. | 92–5084 | 12/17/92 | AFFIRMED * | Fed.Cl. |
| De Graffenreid v. U.S. | 92–5117, 92–5121 | 12/17/92 | AFFIRMED * | Fed.Cl. |
| Velasco v. Merit Systems Protection Bd. | 92–3401 | 12/18/92 | AFFIRMED | MSPB, 53 M.S.P.R. 178 |
| Peeples v. Merit Systems Protection Bd. | 92–3487 | 12/18/92 | AFFIRMED | MSPB, 52 M.S.P.R. 465 |
| Butchkavitz v. Office of Personnel Management | 92–3488 | 12/18/92 | AFFIRMED | MSPB, 53 M.S.P.R. 678 |

* Federal Circuit Rule 36.
† Denotes patent appeals.

| Title | Docket Number | Date | Disposition | Appeal from and Citation |
|---|---|---|---|---|
| Pashun v. Department of Treasury | 92–3577 | 12/18/92 | AFFIRMED | MSPB, 54 M.S.P.R. 594 |
| Barranta v. Derwinski | 92–7065 | 12/18/92 | APPEAL DIS- MISSED | CVA, 2 Vet.App. 341 |
| Urbano v. U.S. | 92–1341 | 12/21/92 | AFFIRMED * | CIT, 779 F.Supp. 1398 |
| Holmes v. Small Business Admin. | 92–3406 | 12/21/92 | AFFIRMED * | MSPB, 53 M.S.P.R. 425 |
| Francis v. Office of Person-nel Management | 92–3376 | 12/22/92 | AFFIRMED | MSPB |
| Sohler v. Derwinski | 92–7073, 92–7085 | 12/22/92 | APPEAL DIS- MISSED | CVA, 3 Vet.App. 211 |
| †Chemical Fabrics Corp. v. Textiles Coated, Inc. | 92–1408 | 12/23/92 | REVERSED AND VACATED | D.Ct./D.N.H. |
| Gottfried v. Office of Person-nel Management | 92–3497 | 12/23/92 | AFFIRMED * | MSPB, 53 M.S.P.R. 679 |
| Hopkins v. Department of Justice | 92–3394 | 12/28/92 | AFFIRMED | MSPB |
| Tiongco v. Office of Person-nel Management | 92–3156 | 12/30/92 | AFFIRMED | MSPB, 51 M.S.P.R. 177 |
| Scherbik v. Office of Person-nel Management | 92–3321 | 12/30/92 | REVERSED | MSPB, 52 M.S.P.R. 465 |
| Concrete Placing Co., Inc. v. U.S. | 92–5106 | 12/31/92 | AFFIRMED | Cl.Ct., 25 Cl.Ct. 369 |

* Federal Circuit Rule 36.